Kenneth S. Montoya, OSB #064467
*kenny@montoyahisellaw.com*
Rebeca A. Plaza, OSB #053504
*rebeca@montoyahisellaw.com*
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
  Telephone: (503) 480-7250
  Fax: (503) 779-2716

Dan Atchison, OSB #040424
Salem City Attorney's Office
555 Liberty St. SE Ste. 225
Salem, OR 97301
  Telephone: (503) 588-6003
  Fax: (503) 361-2202
    Attorneys for Defendants City of Salem
    and Nathan Bush

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MISTY L. CASTILLO, as Personal Representative of the ESTATE OF ARCADIO CASTILLO, III, <br><br>                Plaintiff, <br><br>v. <br><br>NATHAN BUSH, and CITY OF SALEM, a municipal corporation, <br><br>                Defendants. | Case No. 6:22-cv-00684-MK <br><br>**DECLARATION OF KENNETH S. MONTOYA IN SUPPORT OF DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |

    I, Kenneth S. Montoya, hereby declare under the penalty of perjury that the following is true and correct based upon my personal knowledge:

1. I am one of the attorneys representing the Defendants in this matter. This Declaration is offered in support of Defendants' Amended Answer to Plaintiff's Amended Complaint.

2. I conferred with counsel for Plaintiff, David Park, about filing an Amended Answer to the Amended Complaint. Upon reviewing Defendants proposed Amended Answer and after additional conferral, opposing counsel provided written consent for Defendants to file it with the Court in accordance with Fed. R. Civ. P. 15(2).

**I hereby declare under the penalty of perjury that the following is true and correct.**

DATED this 9th day of December, 2022.

                                                                          s/ Kenneth S. Montoya
                                                                          Kenneth S. Montoya, OSB #064467
                                                                          Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF KENNETH S. MONTOYA IN SUPPORT OF DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT on:

> David Park
> 324 S. Abernethy Street
> Portland, OR 97239-8529
>
> James M. Healy
> Ronnie Lynn Sayer, I
> 235 Front St. SE Ste. 200
> Salem, OR 97301
>     Attorneys for Plaintiff

by the following indicated method or methods:

☒      by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

         by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

         by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 9th day of December, 2022.

                                                         s/ Kenneth S. Montoya
                                                   Kenneth S. Montoya, OSB #064467
                                                   Rebeca A. Plaza, OSB #053504
                                                   Dan Atchison, OSB #040424
                                                   Of Attorneys for Defendants