**Sebastian Tapia**, OSB No. 043761
*stapia@cityofsalem.net*
City of Salem Legal Department
555 Liberty St. SE, Room 225
Salem, OR 97301
    Telephone: (503) 588-6003
    Fax: (503) 361-2202
        Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MISTY L. CASTILLO, as Personal Representative of the ESTATE OF ARCADIO CASTILLO, III,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN BUSH and CITY OF SALEM, a municipal corporation,<br><br>    Defendants. | Case No. 6:22-cv-00684-MK<br><br>**DECLARATION OF SEBASTIAN TAPIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Sebastian Tapia, hereby declare under the penalty of perjury that the following is true and correct based upon my personal knowledge.

1.    I am the attorney for Defendants in this matter. This Declaration is offered in support of Defendants' Motion for Summary.

2.    The heart of the dispute in this case is whether Officer Nathan Bush was justified in shooting and killing Arcadio Castillo III.

3.    Specifically, the parties are in dispute as to whether Mr. Castillo made aggressive moves toward Office Bush while wielding a large butcher knife.

4.　　　Defendants retained Englert Forensic Consultants, an expert forensic reconstruction team, to analyze the entry and exit wounds found on Mr. Castillo's body.

5.　　　Englert Forensic Consultants performed a forensic reconstruction of the incident on October 13, 2023.  Prior to Englert Forensic Consultants' arrival, I was asked to find a volunteer "model" who was approximately the same height and weight as Arcadio Castillo III.  The person Salem Police Department provided to serve as the model is 5 feet 9 inches tall and 170 lbs., compared to Castillo III, who was 5 feet 8 inches and 181 lbs., as indicated in the autopsy report.

6.　　　Attached hereto as Exhibit 1 is the audio recording of Misty Castillo's call to 9-1-1 on July 9, 2021.

7.　　　 Attached hereto as Exhibit 2 is a true and correct of the transcript excerpts from the Grand Jury Transcript, which was taken on August 4, 2021. The attached pages are certified to be true and accurate by a certified court reporter on April 21, 2023.

8.　　　Attached hereto as Exhibit 3 is a true and correct copy of the transcript excerpts from the deposition of Nathan Bush, which was taken on May 29, 2023.  The attached pages are certified to be true and accurate by a Certified Court Reporter.

9.　　　Attached hereto as Exhibit 4 is a true and correct copy of the transcript excerpts from the deposition of Arcadio Castillo Jr. which was taken on August 29, 2023.  The attached pages are certified to be true and accurate by a Certified Court Reporter.

10.　　　Attached hereto as Exhibit 5 is an audio recording clarification performed by Precision Audio Forensics, LLC.  The audio was taken from a Nest Camera video on July 9, 2021, from 3727 June Ave NE., which was collected as evidence by Keizer Police Department during their neighborhood canvas.

11.　　　Attached hereto as Exhibit 6 is a true and correct copy of the transcript excerpts from the deposition of Misty Castillo, which was taken on May 30, 2023.  The attached pages are certified to be true and accurate by a Certified Court Reporter.

PAGE 2 – DECLARATION OF SEBASTIAN TAPIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

12.    Attached hereto as Exhibit 7 is a true and correct copy of Englert Forensic Consultants' report.

13.    Attached hereto as Exhibit 8 is a true and correct copy of Arcadio Castillo III's Autopsy Report, signed by Clifford C. Nelson, MD on July 11, 2021.

14.    Attached hereto as Exhibit 9 is the audio recording of Misty Castillo's interview by the Oregon State Police on July 10, 2021, a transcript of which is located within Exhibit 10 referenced below.

15.    Attached hereto as Exhibit 10 is a true and correct copy of the Oregon State Police transcript of Misty Castillo's interview on July 10, 2021. I have reviewed this transcript and did not find any material differences between the audio recording. This transcript is being provided for the convenience of the Court and parties.

16.    Attached hereto as Exhibit 11 is a true and correct copy of the transcript excerpts from the deposition of Trevor Womack, which was taken on July 24, 2023. The attached pages are certified to be true and accurate by a Certified Court Reporter.

17.    Attached hereto as Exhibit 12 is a true and correct copy of the transcript excerpts from the deposition of Lance Diede, which was taken on May 31, 2023. The attached pages are certified to be true and accurate by a Certified Court Reporter.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

DATED this 19th day of December, 2023.

_s/Sebastian Tapia_
Sebastian Tapia, OSB No. 043761
stapia@cityofsalem.net
Attorney for Defendants

PAGE 3 – DECLARATION OF SEBASTIAN TAPIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT