IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

------------------------------x
                              :
DEATH INVESTIGATION           :
                              :      No.
                              :
                              :
------------------------------x


PROCEEDINGS




Conducted by:

Matt Kemmy, Deputy District Attorney

Case No. 21-6305

Wednesday, August 4, 2021


_____


Transcribed by:  Katie Leach


Proceedings recorded on FTR audio recording; transcript
provided by legal transcriber.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947
AAERT Member No. 18511641

A    It made me fall on the ground and I've got scars on my leg now.

Q    Then he drug you for a little bit on the pavement.

A    Um-hum.

Q    And then, he was hitting and kicking you while you were on the ground.

A    Um-hum.

Q    Were you still on the phone with 911 or had he already taken the phone?

A    I was -- no, he -- at that point at that point, he had already taken the phone.

Q    Did he then go back towards the house?

A    Yeah.

Q    And right around that same time, did you see a police officer running up?

A    Yes.

Q    Was he walking slow or is he actually running to you?

A    He was running.

Q    And you were obviously very scared.

A    Yeah.

Q    And you needed help.  Did he tell you he was there to help you?

A    No.  He said -- he didn't say anything to me.  He just -- I told him that my son was mentally ill and that he

has a knife.  And my husband is still in the house with him.

Q    Did you tell the officer to go help your husband?

A    Yes.

Q    Did the officer check you to make sure you weren't badly injured?

A    No, he didn't check me.  He just ran towards the house.

Q    What happened when you got to the house?

A    He knocked on the door and my husband went to open it.  And he saw that my son had a knife.  And he gave him three seconds and he said if you don't drop the knife in three seconds, I'm going to shoot you.

Q    That's a quote of what he said?

A    Yes.

Q    If you don't drop the knife in three seconds, I'll shoot you?

A    Yes.

Q    Then did he count down?

A    Yes.

Q    Did he say three, two, one?

A    Yes.

Q    And shoot?  He said that?

A    Um-hum.

Q    And where were you standing when this happened?

Up like shoulder height like this.  The blade was pointed at me.

Q    Can you show us how the blade was pointed?

A    Yeah.  So it was up, his thumb side, and he was running like this.  His chest was -- his weight was leaning forward and he was running directly towards me.

At this time, he was -- I started to step back.  I thought I yelled at him to stop.  I don't know if it came out or not.  He was closing distance extremely quick.  Running at me with the knife there.  It was clear to me that his intent was to stab me with that knife, to attack me.  And that's when I fired several rounds one-handed.  I didn't have time to put my hand on -- I shoot one-handed as I step back.

I saw his weight buckle.  I stopped shooting.  He stood up in front of me.  He wasn't moving towards me anymore.  I put my other hand on and I started giving him more commands.  Get on the ground, drop the knife, drop the knife.  I couldn't see under -- he was so close to me.  Maybe five feet where he stood up in front of me.  I couldn't see down.  I had both hands on my firearm.

He then kind of leaned over and then stepped back, stumbled back, and then he collapsed back farther into the room.  At that time, I got on my radio.  I called 431.  Shots away, shots away.  I put my attention back to him.  I

*C E R T I F I C A T E*

I hereby certify that the proceedings set forth in the above-entitled matter were reported by audio recording; that thereafter I caused the said audio recorded notes to be transcribed into the foregoing transcript and the foregoing 148 pages constitute a full, true and accurate transcript of the proceedings as noted herein.

_____
April 21, 2023                          KATIE LEACH
                                        Official Transcriber

Within this transcript of proceedings, some of the names and/or technical terms are spelled phonetically, inasmuch as exhibits, files and support documentation were not made available to us for reference.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947
AAERT Member No. 18511641