IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


MISTY L. CASTILLO, as Personal)

Representative of the ESTATE  )

OF ARCADIO CASTILLO, III,     )

          Plaintiff,          )

     v.                       ) No. 6:22-CV-00684-MK

NATHAN BUSH and CITY OF SALEM,)

a municipal corporation,      )

          Defendants.         )



DEPOSITION OF ARCADIO CASTILLO, JR.

August 29, 2023

Tuesday

9:32 A.M.


     THE DEPOSITION OF ARCADIO CASTILLO, JR. was taken at the Gatti Law Firm, 235 Front Street SE, Suite 200, in Salem, Oregon, before Christine Oljace, CSR, RPR, CRC, Certified Shorthand Reporter in and for the State of Oregon.

Tapia Declaration Exhibit 4
Page 1 of 3

Arcadio Castillo, Jr.

34

Q.   How did the door get locked after he came inside the house with the knife?

A.   How did the door get locked?  I am the one that locked it.

Q.   So do I understand you to say your wife screams, your son comes inside upset with a knife, and you locked the door?

A.   Yes, because the cop was arriving, and I wanted to calm my son down.

Q.   Okay.

A.   And if I would do that.

Q.   So where we left off, the police officer announces his presence --

A.   Yes.

Q.   -- and then you unlock the door?

A.   Actually, I was just opening the door.  I barely opened the door.  He pushed the door open without my permission.

Q.   Okay.  And where did you go at that point?

A.   Well, that's when everything happened.  I mean, 4 seconds.  He told me to move out of the way. He said he had 3 seconds to drop the knife.

Q.   I'm not asking you that yet.

A.   Okay.

Q.   I am asking you where --

**Tapia Declaration Exhibit 4**
**Page 2 of 3**

Arcadio Castillo, Jr.

45

State of Oregon     )
                    )     ss.
County of Lane      )

I, Christine Oljace, CSR-RPR, a Certified Shorthand Reporter for the State of Oregon, certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported by stenotype all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 44 pages contains a full, true and correct transcript of said proceedings reported by me to the best of my ability on said date.

If any of the parties or the witness requested review of the transcript at the time of the proceedings, correction pages are attached.

IN WITNESS WHEREOF, I have set my hand this 8th day of September 2023, in the City of Eugene, County of Lane, State of Oregon.

Christine Oljace, CSR-RPR-CRC

CSR No. 05-0397

Expiration Date:  September 30, 2024

**Tapia Declaration Exhibit 4
Page 3 of 3**