**Sebastian Tapia**, OSB No. 043761
*stapia@cityofsalem.net*
City of Salem Legal Department
555 Liberty St. SE, Room 225
Salem, OR 97301
    Telephone: (503) 588-6003
    Fax: (503) 361-2202
        Attorney for Defendants


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| MISTY L. CASTILLO, as Personal Representative of the ESTATE OF ARCADIO CASTILLO, III,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN BUSH and CITY OF SALEM, a municipal corporation,<br><br>    Defendants. | Case No. 6:22-cv-00684-MK<br><br><br>**EXHIBIT 5 TO DECLARATION OF SEBASTIAN TAPIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**Exhibit 5**
Audio Recording clarified by Precision Audio Forensics, LLC.
Audio taken from a Nest Camera video.
(WAV Audio File)
00:5:59


PAGE 1 – EXHIBIT 5 TO DECLARATION OF SEBASTIAN TAPIA IN SUPPORT OF DEFENDANTS' MOTION FOR
    SUMMARY JUDGMENT.