Misty Castillo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MISTY L. CASTILLO, as Personal )No. 6:22-CV-00684-MK

Representative of the ESTATE OF)

ARCADIO CASTILLO, III,          )

            Plaintiff,          )

    v.                          )

NATHAN BUSH and CITY OF SALEM, )

a municipal corporation,        )

            Defendants.         )

DEPOSITION OF MISTY CASTILLO

May 30, 2023

Tuesday

10:17 A.M.

THE VIDEO-RECORDED DEPOSITION OF MISTY CASTILLO was taken at the Gatti Law Firm, 235 Front Street SE, Salem, Oregon, before Sara Fahey Wilson, CSR/CCR Certified Shorthand Reporter in and for the State of Oregon and Washington.

Tapia Declaration Exhibit 6
Page 1 of 3

Misty Castillo

215

BY MR. MONTOYA:

Q.    Ms. Castillo, you've been here quite a while, and I do apologize for taking so long but we are almost done.

The officer who shot your son, Officer Bush, what do you believe that he did wrong?

MR. HEALY:  I object to the form of the question.

You can answer.

A.    I believe he shot my son and that was wrong.  He could have shot him anywhere.  He didn't have to shoot him in the heart.  He could have incapacitated him in any other way.

BY MR. MONTOYA:

Q.    And how long after he told your son to drop the knife did he fire the gun?

MR. HEALY:  I object as asked and answered.

You can answer.

A.    I believe five seconds.

BY MR. MONTOYA:

Q.    Okay.

And in that time the officer -- you heard him give the command one time?

A.    I heard him only one time, but -- I -- I

Tapia Declaration Exhibit 6
Page 2 of 3

Misty Castillo

218

State of Oregon    )
                   )        ss.
County of Lane     )


     I, Sara Fahey Wilson, CSR, a Certified Shorthand Reporter for the State of Oregon, certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 217 pages contains a full, true and correct transcript of said proceedings reported by me to the best of my ability on said date.

     If any of the parties or the witness requested review of the transcript at the time of the proceedings, such correction pages are attached.

     IN WITNESS WHEREOF, I have set my hand this 13th day of June 2023, in the City of Eugene, County of Lane, State of Oregon.

Sara Fahey Wilson, CSR

CSR No. 06-0400

Expiration Date:  March 31st, 2026

Tapia Declaration Exhibit 6
Page 3 of 3