**Sebastian Tapia**, OSB No. 043761
stapia@cityofsalem.net
City of Salem Legal Department
555 Liberty St. SE, Room 225
Salem, OR 97301
    Telephone: (503) 588-6003
    Fax: (503) 361-2202
        Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MISTY L. CASTILLO, as Personal Representative of the ESTATE OF ARCADIO CASTILLO, III,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN BUSH and CITY OF SALEM, a municipal corporation,<br><br>    Defendants. | Case No. 6:22-cv-00684-MK<br><br><br>**EXHIBIT 9 TO DECLARATION OF SEBASTIAN TAPIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**Exhibit 9**
OPS Interview of Misty Castillo on July 10, 2021
(MP3 Audio File)
00:59:34

PAGE 1 – EXHIBIT 9 TO DECLARATION OF SEBASTIAN TAPIA IN SUPPORT OF DEFENDANTS' MOTION FOR
    SUMMARY JUDGMENT.