1|Case # SP18-123456



# OREGON STATE POLICE
# Interview Transcript

# Interview with

# Mother Misty Castello

# Saturday, July 10, 2021

# OSP Case #SP21- 192766

*The following transcription is substantive, not verbatim. Audio and/or video recordings of this interview should be referenced for a verbatim content.*

Tapia Declaration Exhibit 10
Page 1 of 3

COS 003018

*Mother Misty Castello:*   Mm hmm.

*Other Speaker:*   – and went, went back inside –

*Mother Misty Castello:*   Mm hmm.

*Other Speaker:*   – it sounds like you were worried about your husband.

*Mother Misty Castello:*   Yeah, I was.  I was really worried about him because I didn't know what Arcadio was gonna do with the knife, you know –

*Other Speaker:*   What –

*Mother Misty Castello:*   – and –

*Other Speaker:*   – was going through your mind?

*Mother Misty Castello:*   – uh, that he might stab him or some, or himself –

*Other Speaker:*   Mm hmm.

*Mother Misty Castello:*   – because of the abuse that he abuses himself.  He'll, like, smack himself on the head or, uh, so mostly smacking himself on the head.

*Detective Tiffany Lynn:*   Okay.

*Mother Misty Castello:*   Yeah.

*Detective Tiffany Lynn:*   Do you think, do you think he could have killed your husband?

*Mother Misty Castello:*   I think he could have killed my husband, yeah.

*Detective Tiffany Lynn:*   Do you think he could have killed you?

*Mother Misty Castello:*   I think he could have killed me.  I think he could have killed himself.  I, I didn't, I was scared of him.  I've been scared of him for a long time, actually.

*Detective Tiffany Lynn:*   Okay.

*Mother Misty Castello:*   But, you know, it's hard too.

*Detective Tiffany Lynn:*   It's your son.

*Mother Misty Castello:*   Yeah.

*Detective Tiffany Lynn:*   You know, we love our kids.

*Mother Misty Castello:*   Yeah.  So we've kind of been living, like, prisoners in our own home, but –

*Detective Tiffany Lynn:*   I'm sorry.

*Mother Misty Castello:*   – trying to get help, you know, for him but nobody really wanted to help because of him being on the drugs and alcohol.

*Detective Tiffany Lynn:*   Okay.

**38** | C a s e   #

*Mother Misty Castello:*   – un.

*Detective Tiffany Lynn:*   Okay.  Okay.  ****  anything, okay.  So we will, uh, I'm gonna go, uh, we're gonna go, uh, finish talking to my supervisor.

*Mother Misty Castello:*   Okay.

*Detective Tiffany Lynn:*   We'll just go to, try to figure out some, get some things going here for ya.

*Mother Misty Castello:*   Okay.

*Detective Tiffany Lynn:*   Okay.  And we'll be back, okay.

*Mother Misty Castello:*   Okay.

*Detective Tiffany Lynn:*   Okay.  We'll be ending our conversation at 4:05 a.m.

**SpeakWrite**
www.speakwrite.com
Job Number: 21193-001
Custom Filename: Interview with Misty Castello 07102021
Date: 07/12/2021

ds: 12934

**53 |** C a s e  #