IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


MISTY L. CASTILLO, as Personal)

Representative of the ESTATE  )

OF ARCADIO CASTILLO, III,     )

        Plaintiff,            )

    v.                        ) No. 6:22-CV-00684-MK

NATHAN BUSH and CITY OF SALEM,)

a municipal corporation,      )

        Defendants.           )



DEPOSITION OF TREVOR WOMACK

July 24, 2023

Monday

11:51 A.M.


    THE VIDEO-RECORDED DEPOSITION OF TREVOR WOMACK was taken at the Salem Police Station, 333 Division Street NE, Salem, Oregon, before Christine Oljace, CSR, RPR, CRC, Certified Shorthand Reporter in and for the State of Oregon.

Tapia Declaration Exhibit 11
Page 1 of 4

Trevor Womack

24

through at least and look at the major ones, obviously, I need to be most aware of, and started to work my way through that entire manual.

Q.    So a question came up in Lieutenant Barratt's deposition that -- that he couldn't answer for me, and is there a policy, an umbrella policy that addresses how officer-involved shooting reviews are to be conducted?

A.    There is multiple parts to that.  We do have a policy that talks about fatal uses of force by police and how we handle those.

Q.    Sure.

A.    It touches on, you know, that first initial criminal investigation by an outside law enforcement agency overseen by the district attorney, whether -- which county we are in.

Then there is a -- more of an internal process for administrative review, policy review, and so forth --

Q.    That's the one --

A.    Yes.

Q.    -- that he couldn't answer for me.  Is there an umbrella policy that directs the discipline leads how to conduct their reviews?

A.    Part of that same policy, it's in there,

**Tapia Declaration Exhibit 11**
**Page 2 of 4**

Trevor Womack

25

so it touches on the critical -- CIRB, so I think it's critical incident review board, so it discusses the composition of that board, the timing of it, the purpose of what they are looking at, so that is documented.

Q.    Do you recall the policy number for that?

A.    I don't remember the number off the top of my head, but it is going to be --

Q.    Critical incident review policy.

A.    Within the -- it's either the officer-involved shooting policy or the fatal use of force policy.  So, again, it covers the portion of the SP 111 protocols with the DA's office and then the CIRB in there --

Q.    Uh-huh.

A.    -- and then also the civil litigation-type review that might occur also, so those are all covered within one policy.

Q.    Okay.  Got it.

Having become chief, do you regard yourself or are you the chief policy maker now for the City of Portland -- I mean the City of Salem Police Department?

A.    For Salem.

Q.    Yeah.

Tapia Declaration Exhibit 11
Page 3 of 4

State of Oregon    )
                   )        ss.
County of Lane     )

I, Christine Oljace, CSR-RPR, a Certified Shorthand Reporter for the State of Oregon, certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported by stenotype all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 57 pages contains a full, true and correct transcript of said proceedings reported by me to the best of my ability on said date.

If any of the parties or the witness requested review of the transcript at the time of the proceedings, correction pages are attached.

IN WITNESS WHEREOF, I have set my hand this 11th day of August 2023, in the City of Eugene, County of Lane, State of Oregon.

Christine Oljace, CSR-RPR-CRC

CSR No. 05-0397

Expiration Date:  September 30, 2024

Tapia Declaration Exhibit 11
Page 4 of 4