1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


MISTY L. CASTILLO, as Personal)

Representative of the ESTATE  )

OF ARCADIO CASTILLO, III,     )

         Plaintiff,           )

    v.                        ) No. 6:22-CV-00684-MK

NATHAN BUSH and CITY OF SALEM,)

a municipal corporation,      )

         Defendants.          )



            DEPOSITION OF LANCE DIEDE

                 May 31, 2023

                  Wednesday

                  3:46 P.M.



     THE DEPOSITION OF LANCE DIEDE was taken at

Montoya Law, 350 Mission Street SE, Salem, Oregon,

before Christine Oljace, CSR, RPR, CRC, Certified

Shorthand Reporter in and for the State of Oregon.

Tapia Declaration Exhibit 12
Page 1 of 3

Lance Diede

56

Q.    And in the same digital Aimweb file that this -- the rest of the information we have been discussing is stored?

A.    Yes.

Q.    Okay.  Have you ever attended a critical incident review board meeting?

A.    Yes.

Q.    Can you describe the process and procedure for me?

A.    Yes.  So the investigating lieutenant, which in this particular case was Lieutenant Jeff Barratt, would go before the critical incident review board.  And so the critical incident review board has the union representatives.  It will have the deputy chiefs and then several different lieutenants, some outside board members, and then the investigating agency to start.

The investigating lieutenant would present the incident to the critical incident review board, including a memorandum that they would have written pertaining to the incident.  And then that investigat- -- so the investigating agency would present their case.  The investigating lieutenant would also present their findings from the incident to include recommended lessons learned to a certain

Tapia Declaration Exhibit 12
Page 2 of 3

State of Oregon    )
                   )       ss.
County of Lane     )

     I, Christine Oljace, CSR-RPR, a Certified Shorthand Reporter for the State of Oregon, certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported by stenotype all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 78 pages contains a full, true and correct transcript of said proceedings reported by me to the best of my ability on said date.

     If any of the parties or the witness requested review of the transcript at the time of the proceedings, correction pages are attached.

     IN WITNESS WHEREOF, I have set my hand this 6th day of August 2023, in the City of Eugene, County of Lane, State of Oregon.

Christine Oljace, CSR-RPR-CRC

CSR No. 05-0397

Expiration Date:  September 30, 2024

Tapia Declaration Exhibit 12
Page 3 of 3