POLICE USE OF DEADLY PHYSICAL FORCE OR IN-CUSTODY DEATH

Directive:        4.14
Date Issued:      08-01-00
Date Reviewed:    05-26-21

Division of Primary Responsibility: Support

I.    PURPOSE:

The purpose of this policy is to define the procedures and responsibilities related to the use of deadly physical force or an in-custody death involving department members.

II.   DEFINITIONS:

A.    COMMUNICATION RESTRICTION ORDER: An order issued in writing during an investigation that restricts the involved and or witness officer(s) from discussing the facts of the case. This restriction will be given in writing and will be lifted in writing.

B.    DEADLY PHYSICAL FORCE: Physical force that under the circumstances in which it is used is readily capable of causing death or serious physical injury (per ORS 161.015(3)).

C.    CAROTID RESTRAINT AND CHOKE HOLDS: The carotid restraint is a technique used to restrict blood flow to a person's brain by compressing the sides of the neck where the carotid arteries are located. A choke hold is a tight grip around a person's neck, used to restrain them by restricting their breathing. The use of carotid restraint, or any similar choke hold, is prohibited unless deadly force is authorized under ORS 161.239.

D.    IN-CUSTODY DEATH: Occurs when a subject dies while under physical control of an officer or dies while in police custody. Physical control includes the use of a Taser.

E.    INVOLVED OFFICER: An officer who is involved in the actual application of deadly physical force or directs another to use deadly physical force. Also, an officer directly involved in the custody, resulting in an in-custody death.

F.    OFFICER: For purposes of this directive, the term officer refers to any sworn officer of the Salem Police Department.

G.    WITNESS OFFICER: An officer who observes an involved officer use deadly force, direct the use of deadly force, or observes the actions and events surrounding an in-custody death, and, other than observing the incident, did not use deadly physical force.

III.  APPLICATION:

The following procedures will apply when:

**Ditto Declaration Exhibit 2**
**Page 1 of 9**                              COS 001924

A.   Deadly force is applied within the City of Salem, regardless of the outcome. The criteria is the intent to use deadly force, not the success or failure of the intended force.

B.   An officer is involved in an in-custody death within the City of Salem that occurred during a police action.

IV.   PROCEDURES:

A.   Involved-Officer Responsibilities

1.   Immediately notify the police dispatcher of the incident and location.

2.   Do not delay the required notification except:

a.   To protect others

b.   To render first aid

c.   To maintain the arrest or prevent the escape of a felon

d.   To protect a crime scene

e.   When the officer is incapacitated

3.   Determine the physical condition of any injured person, request necessary emergency medical aid, and render first aid when appropriate.

4.   Secure the scene and preserve evidence.

5.   Remain at the scene (unless injured) until relieved by the Criminal Investigations Section (CIS) supervisor.

If the circumstances are such that the continued presence of the officer at the scene might cause a more hazardous situation to develop, i.e., a violent crowd, the ranking officer at the scene shall have the discretion to instruct the officer to go to a more appropriate location. Ideally this decision would be made in consultation with the responding CIS supervisor.

6.   Protect his/her weapon(s) for examination.

7.   Inform the on-scene supervisor where the incident occurred, where possible CIS will be responsible for completing the involved officer's use of force report.

B.   Communications Center Responsibilities:

1.   When notified a police officer has been involved in the use of deadly physical force, or an in-custody death, the police dispatcher will:

**Ditto Declaration Exhibit 2**
**Page 2 of 9**                    **COS 001925**

      a.     Dispatch a field supervisor as the on-scene supervisor

      b.     Dispatch necessary patrol units

      c.     Dispatch medical personnel

      d.     Notify the Communications Shift Supervisor

2. The Communications Shift Supervisor will:

      a.     Notify the on-duty Patrol Shift Commander

      b.     Ensure there is adequate Communications Center staffing

      c.     Ensure a major incident log is kept

      d.     Notify the Communications Division Director

C. On-Scene Supervisor Responsibilities:

1. Ensure suitable and adequate personnel and other resources are dispatched and respond appropriately to the incident scene.

2. Ensure involved officers and witnesses are separated from each other.

3. Ensure the involved officer(s) is assigned a companion officer(s) and remains at the scene until released by an investigative supervisor.

4. The following are a list of questions to be asked by the on-scene supervisor:

This paragraph will be read to <u>each</u> involved officer:

We recognize that you have just been involved in a critical incident and that you may be experiencing critical incident stress. With that in mind; for safety, security and evidence preservation, you are being asked to provide information for the following community safety concerns.

Are you injured?

Are you aware of anyone else who is injured?

- Where are they located?

Are there other involved officers?

- Where are they located?

Are any suspects still unaccounted for?

**Ditto Declaration Exhibit 2**
**Page 3 of 9**

**COS 001926**

- What is their description?

- Where were they last seen?

- What direction did they leave?

- How long has it been since you last saw them?

- What crimes do we have on them?

- Were they armed and with what type of weapon?

Did you fire your weapon and in what direction did you fire it?

What evidence needs to be preserved?

- Where is it located?

- Are there other crime scene locations?

Did you observe any witness(es)?

- Where are they?

5. Once released, the companion officer will transport the involved officer to the station. If the involved officer is transported to the hospital, assign an officer to accompany him/her in addition to the companion officer.

6. Maintain security of the scene until relieved by a CIS supervisor or the investigating agency.

7. Provide investigators the names of involved officers and witnesses (both officers and civilians) who needs to be interviewed.

8. Working with CIS, identify and create a list of officers who need to complete reports detailing their involvement, and ensure the list is submitted to the Shift Commander prior to the end of their shift. The Shift Commander or their designee is responsible for ensuring all reports are submitted and approved prior to officers going off shift.

D.   Companion Officer's Responsibilities:

1. Provide for the involved officer's welfare and safety.

2. Remain with the involved officer until relieved by a Peer Support member.

3. Transport the involved officer to the police station.

4.  Avoid discussing the incident. Communications with the companion officer are not privileged and disclosure can be compelled.

5.  Take the involved officer to a quiet room after consultation with the Investigative Supervisor and advise the on-duty shift commander of the involved officer's location

6.  Facilitate the collection of evidence from the involved officer at the direction of investigators. In most instances do not allow the employee to wash or change clothes or appearance, until after applicable tests are administered and photographs are taken. In the event of exposure to body fluids or other hazards, the officer should be allowed to reduce the potential health risks if the collection of evidence is delayed or if continued exposure increases the health risk after consultation with the CIS supervisor.

E.  Responding Patrol Officer Responsibilities:

1.  Respond in a safe and appropriate manner.

2.  Check on the welfare of the officer and other persons involved in the incident.

3.  Provide first aid when appropriate.

4.  Secure the scene and preserve the visible evidence.

5.  Brief the on-scene supervisor and investigative personnel.

6.  Canvass the surrounding area for witnesses. Separate witnesses and obtain preliminary information, including contact information, for investigators.

7.  Assist in crowd and media control.

8.  If an officer is assigned to accompany any involved non-police personnel (e.g., suspect, victim, witness, etc.) to the hospital, they shall:

   a.  Write down any statements

   b.  Maintain security of evidence (i.e., clothing)

   c.  Protect personal property

   d.  Assume the duties of the transport officer

9.  Document actions in a written report and obtain report approval, prior to the end of shift.

F.  Notification Procedures:

1.  The on-scene supervisor will brief the on-duty Patrol Shift Commander about the incident. The Shift Commander will notify or ensure notification of the:

    a.  Peer Support Team Leader

    b.  Criminal Investigations Section Commander

    c.  Public Information Officer

    d.  Division Commander of the involved employee

    e.  City Attorney (who will notify the Civil Investigation Team Leader)

    f.  Risk Manager

    g.  Chief of Police

    h.  Section Commander of involved employee

    i.  SPEU Representative

2.  The Criminal Investigation Section commander will notify or ensure notification of the:

    a.  Violent Crimes Unit Sergeant

    b.  Crime Lab

    c.  Outside agency conducting the investigation; i.e. Oregon State Police

    d.  District Attorney

    e.  Investigation Division Commander

3.  The Peer Support Team Leader will notify or ensure notification of:

    a.  The Peer Support Team Commander

    b.  The appropriate Peer Support member(s) who will then respond to provide assistance to the involved employee

    c.  The department psychologist, if necessary

    d.  The department chaplain, if necessary or requested

e.    The person identified on the involved employee(s) Emergency Notification Preference card. This notification is to be done only if the involved officer is incapacitated or otherwise unable to make the notification.

4.    All supervisors will ensure their subordinates are informed the incident occurred, along with the status of the officers involved.

G.    Communications:

1.    All employees will refrain from sending electronic messages about the incident unless needed for tactical reasons.

2.    General briefing information will be provided by supervisors. Detailed discussion and conjecture will be avoided until the department holds a debriefing of the incident.

3.    Public discussion of the incident beyond what has been officially released by the Department to the media is not allowed without authorization from the Chief of Police.

4.    Involved and witness officers will receive a written Communication Restriction Order (CRO) by the CIS Section Commander. The CRO will remain in place until the conclusion of the investigation. Removal of the CRO will be in consultation with the investigating agency and the District Attorney's office.

H.    Investigative Responsibilities:

1.    The investigation may consist of three separate and parallel investigations: Incident investigation, internal investigation, and civil investigation.

a.    The incident will be investigated by an outside law enforcement agency determined by the District Attorney in accordance with SB 111 protocols. While the investigation will be conducted by an outside agency, overall responsibility for all aspects of the investigation will be retained by the Investigations Division.

b.    Salem police detectives may take possession of involved officer's clothing and weapons. Replacement weapons and issued equipment will be provided.

c.    When requested, the State Crime Lab will process the scene and may be assisted by Salem police personnel.

d.    The investigating agency and CIS personnel will coordinate retention of all evidence from the incident and will be responsible for its processing, with the exception of evidence collected specifically for an internal investigation.

e. The investigating agency will have first access to the involved officer for an interview after the officer has a reasonable opportunity to contact and consult with an attorney. A detailed statement should be taken within 48 hours after the incident.

f. Salem police detectives may assist the investigating agency by contacting the medical professional on contract to the City and having them respond to the station to obtain voluntary blood and urine samples from the involved officer(s). In the event the medical professional cannot respond, the officer(s) will be taken to Salem Hospital to collect the voluntary blood and urine samples.

g. The internal or civil investigators will not be present during the incident investigation interview. In most instances the incident investigators will interview all persons involved before the civil or internal investigators.

h. The involved officer will be read his/her Miranda Rights at the beginning of the interview by an investigator from the investigation team.

i. If the officer invokes his/her rights, the interview will be terminated. The investigator will then notify the internal investigator.

j. Incident investigators will not have access to internal or civil investigator files, and internal and civil investigators will not share information with investigators conducting the incident investigation.

k. The Peer Support Team's sole responsibility is the emotional well-being of the involved officers. They are not to be involved in any part of the investigation or elicit conversations related to the details of the event.

2. The Professional Standards Unit investigator and other investigators designated by the Chief of Police will be responsible for the internal investigation. The purpose of this investigation is to determine if department policy and procedures were followed during the incident, and to evaluate employee and department performance related to the incident.

a. If necessary, the Professional Standards Unit investigation team will interview the involved officer after the investigating agency interview. This interview should be delayed until a decision is made by the District Attorney's office about the possibility of criminal prosecution resulting from the investigation of the incident.

b. The Professional Standards Unit investigator will ascertain from the investigator if Miranda Rights were read and whether they were waived or invoked.

c.    If Miranda Rights were invoked, the Professional Standards Unit investigator will give the involved officer the Garrity Advisement.

IMPORTANT - Never compel an employee to provide information until it has been determined that no criminal prosecution will result from the investigation.

"You have been read your Miranda Rights and have chosen not to speak with an Incident Investigator at this time. I am the Professional Standards Unit Investigator assigned to this incident, and I wish to advise you that you are being questioned as a part of an official investigation of the Police Department."

"You will be asked questions specifically directed and narrowly related to the performance of your official duties or fitness for office. You are entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate yourself. I further wish to advise you that if you refuse to answer questions relating to the performance of your official duties or fitness for duty, you will be subject to departmental charges which could result in your dismissal from the Police Department. If you do answer, neither your statement nor any information or evidence which is gained by reason of such statements can be used against you in any subsequent criminal proceeding. However, these statements may be used against you in relation to subsequent departmental charges."

d.    Statements taken under Garrity Advisement are for internal investigation purposes only. There will be no information sharing between the internal investigators, the investigating agency, and civil investigators. Additionally, the investigating agency will not have access to internal investigative files.

e.    If the involved officer refuses to give an internal investigation interview, after the Garrity Advisement, the Chief of Police will be notified immediately.

f.    An internal affairs file will be prepared on the incident.

g.    The Professional Standards Unit investigator will report their findings to the Chief of Police or the Support Division Lieutenant in preparation for the critical incident review board.

h.    A summary of the findings will be presented by the Professional Standards Unit investigator to the critical incident review board.

3.    The City Attorney will initiate a civil investigation of the incident; investigators from the Salem Police Department who are detached from routine department