

Exhibit 2
Page 1 of 1