

Exhibit 3
Page 1 of 1