*Misty Castillo*

*In re: Estate of Arcadio Castillo, III v Bush, et al.*

*May 30, 2023*



**CC REPORTING AND VIDEOCONFERENCING**
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

A.    Right away.

Q.    Did he put his hands on you while you were outside?

A.    Yes.

Q.    What hand did he put on you?

A.    I don't recall.

Q.    What hand did he have the knife in?

A.    The right hand.

Q.    And do you recall that he grabbed you with his right hand and the knife was right there?

A.    No.  He must have grabbed me with his left hand.

Q.    What body part did he grab of yours?

A.    My right arm.

Q.    And whereabouts on your right arm?

A.    Upper right arm.

Q.    Front of your right arm or the back?

A.    Middle (indicating).

Q.    And did he say anything to you as he grabbed your arm?

A.    He just said -- he wasn't saying anything. He was mumbling under his breath but I couldn't understand any of it.

Q.    Okay.

How long after he grabbed your arm until

Misty Castillo

he grabbed your phone?

A.    He grabbed my arm and then he grabbed my phone probably within, like, ten seconds or so.

Q.    What did he do after he grabbed your phone?  What did he do with it?

A.    I pulled it away from him and he wasn't able to get it.

Q.    Okay.

He didn't grab it from you and throw it?

A.    I don't remember that, no.

Q.    Okay.

Are you sure?

A.    Uh-huh.

Q.    Is that yes?

A.    Yes.

Q.    Okay.

Prior to your going outside did you ever tell your husband that you were going to call 9-1-1?

A.    Yes, I did.

Q.    And what did he say?

A.    I don't recall.

Q.    How soon after -- well, let me ask this: How did the call end with 9-1-1?

A.    I don't know how it ended.  I don't remember.  All I remember is the cop coming up the

Misty Castillo

within half an hour or shorter.

Q.    Are you sure he wasn't there within five minutes or within two minutes?

A.    I don't remember.

Q.    Okay.

When -- when you had spoken with a 9-1-1 operator, did you tell them that your son was armed with a knife?

A.    Yes, I did.

Q.    Did you tell them that your son was threatening you and your husband with it?

A.    Yes, I did.

Q.    Did you tell them that your husband was inside the house and you were worried about him?

A.    Yes.

Q.    And do you recall being asked by the call taker whether your son was diagnosed or supposed to take anything for his mental illness?

A.    No, I don't recall.

Q.    Are you sure?

A.    I don't recall.

Q.    Okay.

After the hang up with 9-1-1, what did your son do?

A.    He ran in the house, I think, and locked

Misty Castillo

218

State of Oregon    )
                   )        ss.
County of Lane     )


I, Sara Fahey Wilson, CSR, a Certified Shorthand Reporter for the State of Oregon, certify that the witness was sworn and the transcript is a true record of the testimony given by the witness; that at said time and place I reported all testimony and other oral proceedings had in the foregoing matter; that the foregoing transcript consisting of 217 pages contains a full, true and correct transcript of said proceedings reported by me to the best of my ability on said date.

If any of the parties or the witness requested review of the transcript at the time of the proceedings, such correction pages are attached.

IN WITNESS WHEREOF, I have set my hand this 13th day of June 2023, in the City of Eugene, County of Lane, State of Oregon.

Sara Fahey Wilson, CSR

CSR No. 06-0400

Expiration Date:  March 31st, 2026