David D. Park, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
324 S. Abernethy Street
Portland, OR 97239-8529
Telephone:     (503) 227-1690
Facsimile:     (503) 274-8384
E-mail:  dave@elliott-park.com

Ron L. Sayer, OSB #951910
James M. Healy, OSB #123403
The Gatti Law Firm
235 Front St., SE, Ste. 200
Salem, OR 97301
Telephone: (503) 363-3443
Facsimile: (503) 371-2482
E-mail: rsayer@gattilaw.com
         jhealy@gattilaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MISTY CASTILLO, as Personal Representative of the ESTATE OF ARCADIO CASTILLO, III,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN BUSH and CITY OF SALEM, a municipal corporation,<br><br>Defendants. | Case No. 6:22-cv-00684-MK<br><br>SECOND DECLARATION OF MICHAEL A. HOWARD |

I, Michael A. Howard, declare as follows:

Page 1 – SECOND DECLARATION OF MICHAEL A. HOWARD

1.      I am a forensic scientist.  My professional qualifications and the case materials provided for review and analysis are set forth in my previously filed Declaration in this case, ECF 67 [public copy] and ECF 68 [portions filed under seal pursuant to protective order].  Since the filing of my declaration I have been provided the following additional documents for review:

- Expert's Reconstruction Report of Rod Englert dated December 13, 2023, ECF 62-1, received 12/21/23

- Declaration of Rod Englert in Support of Defendants' Motion for Summary Judgment [unsigned], received 1/12/24

- Declaration of Nathan Bush, received 12/26/23

- Transcript of Death Investigation conducted by Matt Kemmy, Deputy District Attorney, Case No. 21-6305, bates numbered COS 0065413 to COS 006660, received 1/9/24

2.      I was asked by counsel for plaintiff to review and comment on Mr. Englert's Expert's Reconstruction Report and the draft Declaration of Rod Englert in Support of Defendants' Motion for Summary Judgment with regard to the scientific reliability and validity of the opinions and conclusions expressed therein.  Attached as Exhibit 1 to this declaration is my letter setting for my opinions and conclusions from review of those documents and I adopt the statements in Exhibit 1 as my sworn testimony in this case about the subject matters addressed and incorporate those statements as if fully set forth in this declaration.

3.      The hourly rate I am charging for all work performed in this case is $250, inclusive of case-related travel time.

4.      I have testified as an expert witness in post-conviction hearings (in person or by video) in the following three criminal cases over the preceding 4 years:  State of Oregon v. Nancy Lee Crampton Brophy, Multnomah County, 18CR59251, November/December, 2020;

Page 2 – SECOND DECLARATION OF MICHAEL A. HOWARD

State of Oregon v. Randy Lee Guzek, Marion County, 17CV08248, May 2023; State of Oregon

v. Luke Anton Wirkkala, Deschutes County, 13FE0170, March 2021.

**Pursuant to 28 USC §1746, I declare under penalty of perjury that the foregoing is true and correct.**

Dated: January 29, 2024.

_____
Michael A. Howard