David D. Park, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
324 S. Abernethy Street
Portland, OR 97239-8529
Telephone:    (503) 227-1690
Facsimile:    (503) 274-8384
E-mail:  dave@elliott-park.com

Ron L. Sayer, OSB #951910
James M. Healy, OSB #123403
The Gatti Law Firm
235 Front St., SE, Ste. 200
Salem, OR 97301
Telephone: (503) 363-3443
Facsimile: (503) 371-2482
E-mail: rsayer@gattilaw.com
        jhealy@gattilaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MISTY CASTILLO, as Personal Representative of the ESTATE OF ARCADIO CASTILLO, III,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN BUSH and CITY OF SALEM, a municipal corporation,<br><br>Defendants. | Case No. 6:22-cv-00684-MK<br><br>**SECOND DECLARATION OF JOEL NEWMAN** |

I, Joel Newman, declare:

Page 1 – SECOND DECLARATION OF JOEL NEWMAN

1.      I am a Senior Designer at Fat Pencil Studio, a Limited Liability Company based in Portland, Oregon.  My professional qualifications and the case materials provided for our review and analysis are set forth in my previously filed Declaration in this case, ECF 69.  I make this Second Declaration based on personal knowledge.

2.      I was asked by plaintiff's counsel David Park to determine the differential in elevation of the front porch from the elevation of the entryway floor of the residence at 3796 June Avenue NE, Salem, Oregon. Using the FARO scan data we were provided in this case we made measurements in the point cloud for the height of the porch in various places relative to the floor of the entryway inside the home.  In general, the elevation of the porch 5 inches lower than the elevation of the entryway inside the threshold of the front door, slopes up from the front door to its midpoint, which is 3.5 inches lower in elevation, then slopes downward from the midpoint to the top step, which is 6 inches lower in elevation.  Over the entire surface of the front porch there was some local variation and lateral slope.  Attached as Exhibit 1 to this declaration is a diagram we prepared of the porch and entry showing our measurements.  The measurements are accurate to within +/- 0.5 inches.

**Pursuant to 28 USC §1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:      January 22, 2024

Joel Newman

Page 2 – SECOND DECLARATION OF JOEL NEWMAN