

Approximate height relative to entryway floor. +/- 0.5"

EXHIBIT 1