Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
        Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MISTY CASTILLO**, as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**,<br><br>Plaintiff,<br><br>v.<br><br>**NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation,<br><br>Defendants. | ) Case No. 6:22-cv-00684-MK<br>)<br>) **DECLARATION OF ANDREW**<br>) **CAMPBELL IN SUPPORT OF**<br>) **DEFENDANTS' REPLY BRIEF FOR**<br>) **SUMMARY JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

I, Andrew D. Campbell, being first duly sworn, hereby state and attest, as follows:

1.    Attached and marked as Exhibit 1 to this Declaration is a true and accurate picture of Misty Castillo's injuries as documented by investigators on or about July 9, 2021.

///

///

1 – DECLARATION OF ANDREW CAMPBELL IN SUPPORT OF DEFENDANTS' REPLY BRIEF FOR SUMMARY JUDGMENT

THE ABOVE STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT, SUBJECT TO THE PENALTY OF PERJURY.

Dated this 20th day of February, 2024.

s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647

2 – DECLARATION OF ANDREW CAMPBELL IN SUPPORT OF DEFENDANTS' REPLY BRIEF FOR SUMMARY JUDGMENT