

Campbell Declaration Exhibit 1

Page 1 of 1