David D. Park, OSB #803358
Attorney at Law
1500 SW 1st Avenue, Suite 1000
Portland, OR 97201-5834
Telephone:     (503) 227-1690
E-mail:  dave@elliott-park.com

Ron L. Sayer, OSB No. 951910
James M. Healy, OSB No. 123403
The Gatti Law Firm
235 Front St., SE, Ste. 200
Salem, OR 97301
Telephone: (503) 363-3443
Facsimile: (503) 371-2482
E-mail: rsayer@gattilaw.com
          jhealy@gattilaw.com

	Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MISTY CASTILLO, as Personal Representative of the ESTATE OF ARCADIO CASTILLO, III,<br><br>                    Plaintiff,<br><br>     v.<br><br>NATHAN BUSH and CITY OF SALEM, a municipal corporation,<br><br>                    Defendants. | Case No. 6:22-cv-00684-MK<br><br>**JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS AND EXTENSION OF CASE MANAGEMENT DEADLINES** |

**RULE 7-1 CERTIFICATE OF COMPLIANCE**

	The attorneys for all parties to this case have conferred and are in agreement regarding

the subject matter of the within motion.

Page 1 – JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS AND
EXTENSION OF CASE MANGEMENT DEADLINES

## MOTION

Plaintiff and Defendants jointly move this Court for (1) a temporary stay of proceedings from September 6, 2024 to October 25, 2024 and (2) an order extending the case management deadlines established by Order, ECF 80, as follows:

|  | Current Date | Requested Date |
|---|---|---|
| Joint ADR Report | September 16, 2024 | November 15, 2024 |
| Expert witness disclosures | October 14, 2024 | December 23, 2024 |

THIS JOINT MOTION supported by Declaration of David D. Park, filed contemporaneously herewith, is made to preserve the procedural status quo, inclusive of a stay of the running of the time required to give notice of appeal of this court's rulings on qualified immunity set forth in its Opinion & Order dated August 15, 2024, ECF 117, in order to facilitate further efforts of the parties to resolve the case through mediation scheduled for October 21, 2024. "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North America Co.*, 299 U.S. 248, 254 (1936). "A court may issue a stay of proceedings in the interests of efficiency and fairness when a pending resolution of independent proceedings bears upon the case." *Flores v. Bennett*, 675 F.Supp.3d 1052, 1060 (E.D. Cal. 2023) (internal quotation marks and citation omitted).

///

///

///

DATED: August 23, 2024.

          By: s/ David D. Park
            David D. Park, OSB #803358
            (Mr./he/him)
            E-mail: dave@elliott-park.com

            Ron L. Sayer, OSB No. 951910
            E-mail: rsayer@gattilaw.com
            James M. Healy, OSB No. 123403
            E-mail: jhealy@gattilaw.com
            The Gatti Law Firm

            Attorneys for Plaintiff


          By: s/ Andrew D. Campbell
            Andrew D. Campbell, OSB #022647
            Heltzel Williams PC
            E-mail: andrew@heltzel.com

            Attorney for Defendants