**Ron L. Sayer, OSB No. 951910**
rsayer@gattilaw.com
**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-371-2482

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MISTY L. CASTILLO**, as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**,<br><br>Plaintiff,<br><br>v.<br><br>**NATHAN BUSH** and **CITY OF SALEM**, A municipal corporation<br><br>Defendants. | Case No. 6:22-cv-00684-MK<br><br><br>**PLAINTIFF'S EXHIBIT LIST** |

[First Page Intentionally Blank]

1 – PLAINTIFF'S EXHIBIT LIST

**PLAINTIFF'S EXHIBIT LIST**

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | DO ADMIT | DO NOT ADMIT |
|---------|-------------|--------|---------|--------|----------|--------------|
| 1. | Fat Pencil – Synced Video w/ Timeline | | | | | |
| 2. | Fat Pencil – Location of Evidence Diagram | | | | | |
| 3. | Scene Photograph – Front room, behind recliner facing east | | | | | |
| 4. | Scene Photograph – Front room, tile adjacent to recliner | | | | | |
| 5. | Scene Photograph – Location of silver knife (Photo 1 of 2) | | | | | |
| 6. | Scene Photograph – Location of silver knife (Photo 2 of 2) | | | | | |
| 7. | Scene Photograph – Front room, top of recliner facing east | | | | | |
| 8. | Processing Photograph – Silver knife (Photo 1 of 9) | | | | | |
| 9. | Processing Photograph – Silver knife (Photo 2 of 9) | | | | | |
| 10. | Processing Photograph – Silver knife (Photo 3 of 9) | | | | | |
| 11. | Processing Photograph – Silver knife (Photo 4 of 9) | | | | | |
| 12. | Processing Photograph – Silver knife (Photo 5 of 9) | | | | | |
| 13. | Processing Photograph – Silver knife (Photo 6 of 9) | | | | | |
| 14. | Processing Photograph – Silver knife (Photo 7 of 9) | | | | | |
| 15. | Processing Photograph – Silver knife (Photo 8 of 9) | | | | | |
| 16. | Processing Photograph – Silver knife (Photo 9 of 9) | | | | | |
| 17. | Scene Photograph – Recliner facing south (Photo 1 of 2) | | | | | |
| 18. | Scene Photograph – Recliner facing south (Photo 2 of 2) | | | | | |
| 19. | Scene Photograph – Location of steak knife (Photo 1 of 3) | | | | | |
| 20. | Scene Photograph – Location of steak knife (Photo 2 of 3) | | | | | |
| 21. | Scene Photograph – Location of steak knife (Photo 3 of 3) | | | | | |
| 22. | Processing Photograph – Steak knife (Photo 1 of 3) | | | | | |
| 23. | Processing Photograph – Steak knife (Photo 2 of 3) | | | | | |
| 24. | Processing Photograph – Steak knife (Photo 3 of 3) | | | | | |
| 25. | Scene Photograph – Couch facing west | | | | | |

**2 – PLAINTIFF'S EXHIBIT LIST**

| 26. | Scene Photograph – Couch facing north | | | | | |
|---|---|---|---|---|---|---|
| 27. | Scene Photograph – Front room facing north (Photo 1 of 3) | | | | | |
| 28. | Scene Photograph – Front room facing north (Photo 2 of 3) | | | | | |
| 29. | Scene Photograph – Front room facing north (Photo 3 of 3) | | | | | |
| 30. | Scene Photograph – Front room facing south | | | | | |
| 31. | Scene Photograph – Front of house facing south (Photo 1 of 2) | | | | | |
| 32. | Scene Photograph – Front of house facing south (Photo 2 of 2) | | | | | |
| 33. | Scene Photograph – Front entrance facing south | | | | | |
| 34. | Scene Photograph – Front entrance facing south-east | | | | | |
| 35. | Scene Photograph – Front door (Photo 1 of 2) | | | | | |
| 36. | Scene Photograph – Front door (Photo 2 of 2) | | | | | |
| 37. | Scene Photograph – Defendant Bush vehicle location | | | | | |
| 38. | June Avenue Overhead View (Google Maps) | | | | | |
| 39. | Fat Pencil – Timeline | | | | | |
| 40. | Fat Pencil – Oblique Area View | | | | | |
| 41. | Fat Pencil – Door Swing Angle | | | | | |
| 42. | Fat Pencil – Step Height | | | | | |
| 43. | Fat Pencil – Movement Progression Model | | | | | |
| 44. | Fat Pencil – House Scale Diagram | | | | | |
| 45. | Death Certificate – Arcadio Castillo III | | | | | |
| 46. | Autopsy Report by Clifford Nelson, MD (Nelson Deposition) | | | | | |
| 47. | GSW #3 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 48. | GSW #3 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 49. | GSW #3 Autopsy Bullet Photograph (Nelson Deposition) | | | | | |
| 50. | GSW #2 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 51. | GSW #2 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 52. | GSW #2 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 53. | GSW #1 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 54. | GSW #1 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 55. | GSW #3 and GSW #1 Bullet Photographs (Nelson Deposition) | | | | | |
| 56. | GSW #4 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 57. | GSW #4 Autopsy Photograph/Diagram (Nelson Deposition) | | | | | |
| 58. | Processing Photograph Defendant Bush (Photo 1 of 4) | | | | | |
| 59. | Processing Photograph Defendant Bush (Photo 2 of 4) | | | | | |
| 60. | Processing Photograph Defendant Bush (Photo 3 of 4) | | | | | |

**3 – PLAINTIFF'S EXHIBIT LIST**

| 61. | Processing Photograph Defendant Bush (Photo 4 of 4) | | | | | |
|---|---|---|---|---|---|---|
| 62. | Processing Photograph Defendant Bush's Taser | | | | | |
| 63. | Defendant Bush Scene Diagram OSP Statement | | | | | |
| 64. | Defendant Bush Scene Diagram Deposition | | | | | |
| 65. | Defendant Bush Knife Demonstrative Photograph | | | | | |
| 66. | Defendant's Amended Response to Plaintiff's Interrogatories | | | | | |
| 67. | Marion County SB 111 Plan | | | | | |
| 68. | SPD Policy Directive 4.01 | | | | | |
| 69. | SPD Policy Directive 4.14 | | | | | |
| 70. | SPD Policy Directive 7.15 | | | | | |
| 71. | SPD Operation Assessment – Suicide Calls | | | | | |
| 72. | 2013 Bryant OIS CIR Recommendations | | | | | |
| 73. | 2018 Moore OIS CIR Recommendations | | | | | |
| 74. | 2018 Pratt OIS CIR Recommendations | | | | | |
| 75. | 2019 Rois OSI CIR Recommendations | | | | | |
| 76. | 2019 Welsh OIS CIR Recommendations | | | | | |
| 77. | 2021 Parsons OIS CIR Recommendations | | | | | |
| 78. | Village East Shopping Center Original Video | | | | | |
| 79. | Nest Cam Original Video | | | | | |
| 80. | Arcadio Castillo III Collage (Photo 1 of 4) | | | | | |
| 81. | Arcadio Castillo III Newborn Photograph (Photo 2 of 4) | | | | | |
| 82. | Arcadio Castillo III Photograph (Photo 3 of 4) | | | | | |
| 83. | Arcadio Castillo III Photograph (Photo 4 of 4) | | | | | |
| 84. | Reserved | | | | | |
| 85. | Reserved | | | | | |
| 86. | Reserved | | | | | |
| 87. | Reserved | | | | | |
| 88. | Reserved | | | | | |
| 89. | Reserved | | | | | |
| 90. | Reserved | | | | | |
| 91. | Reserved | | | | | |

**4 – PLAINTIFF'S EXHIBIT LIST**

DATED THIS 6th day of January, 2025.

/s/ James M. Healy
James M. Healy, OSB No. 123403
Attorneys for Plaintiff

**5 – PLAINTIFF'S EXHIBIT LIST**

CERTIFICATE OF SERVICE

I hereby certify that on the __6th__ day of January, 2025, I served a true and correct copy of the foregoing PLAINTIFF'S EXHIBIT LIST on the following:

> Andrew D. Campbell
> Heltzel Williams PC
> PO Box 1048
> Salem, OR 97308
> E-mail: andrew@heltzel.com
>
> Daniel B. Atchison
> City of Salem Legal Department
> PO Box 14300
> Salem, OR 97309
> E-mail: datchison@cityofsalem.com

I further certify that said copies were:

_____        Mailed in a sealed envelope, via US Postal Service

__XX__        Transmitted via e-mail

__XX__        Transmitted via electronic means (CM/ECF)

_____        Hand Delivered

Dated this __6th__ day of January, 2025.

> _s/ James M. Healy_____
> Ron L. Sayer, OSB #951910
> James M. Healy, OSB #123403
> Of Attorneys for Plaintiff
> E-mail: jhealy@gattilaw.com

**6 – PLAINTIFF'S EXHIBIT LIST**