**Ron L. Sayer, OSB No. 951910**
rsayer@gattilaw.com
**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-371-2482


Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
|  | Civil Action No. 6:22-CV-00684-mk |
| **MISTY CASTILLO**, as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III,** | |
| Plaintiff, | **PLAINTIFF'S WITNESS LIST** |
| vs. | |
| **NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation, | |
| Defendants. | |

Plaintiff intends to call the following witnesses to testify at trial. Plaintiff reserves the right to add or modify the testimony based on the Court's rulings on the parties' motions *in limine*, and to call additional witnesses for the purpose of impeachment and rebuttal.


/ / /


Page 1 – PLAINTIFF'S WITNESS LIST

1.      **Misty Castillo**
        **c/o Plaintiff's Counsel**
        **235 Front St. SE, Ste. 200**
        **Salem, OR 97301**
        **503-363-3443**
        **Estimated Time for Direct Testimony:       30-60 minutes**

Mrs. Misty Castillo is the mother of the decedent Arcadio Castillo III ("Arcadio III"), is a witness to the events surrounding the shooting of Arcadio III, and is a witness to some parts of the OIS investigation. Misty was interviewed by investigators during the late hours of July 9, 2021 into the early morning of July 10, 2021, and was deposed by Defendants on May 30, 2023. Misty will testify consistent with her sworn testimony concerning: (1) her biographical information; (2) her relationship with her son Arcadio III and how the death of her son has affected her and her husband; and (3) what she said and observed when Defendant Nathan Bush arrived at her house on the night of the shooting.

Misty will testify she is the mother of Arcadio Castillo, III ("Arcadio III"). Misty and her husband have three children together, with Arcadio III being their youngest and only son. Arcadio was born March 27, 1998 in Silverton, Oregon. Misty will authenticate all photographs of Arcadio III submitted as part of Plaintiff's Exhibits. Misty will testify that they called Arcadio Castillo II "Cadio." Misty is married to Arcadio Castillo Jr., who is Arcadio III's father. At the time of his death Arcadio III lived with his mother, father, and sister at 3796 June Avenue, Salem, Oregon. Ms. Castillo loved her son. During his life Arcadio III enjoyed history, science, math, and psychology. Although Arcadio III had mental health problems that regularly caused him to act in unappreciated ways, he had a big heart, and at his core, he was a kind, loving, empathetic and generous person. Arcadio III never judged others for having a rough time. Misty recalls one time when Arcadio III saw a homeless person rooting through garbage, and this upset Arcadio III so much that he gave the homeless person twenty dollars of his own money, despite never having

Page 2 – PLAINTIFF'S WITNESS LIST

much money himself.  Amongst his life goals were to get his GED so he could join the military, and to buy a house for his mother and father.

Prior to his death Arcadio had been formally diagnosed with ADHD, depression, and anxiety.  Arcadio III had seen medical professionals throughout his life for his mental health issues.  Some times were better than other times in terms of Arcadio III's mental health.  In the year or so leading up to his death Arcadio III had been struggling with his mental health and had been acting out.  During this period Misty tried get help for Arcadio III.  At one point Misty sought help from Marion County Behavioral Health Services Psychiatric Crisis Center.  Misty tried, unsuccessfully, to have Arcadio III civilly committed because of his mental health problems.  Misty and Arcadio Jr. had called the police multiple times to assist in managing and deescalating Arcadio III's behavior.

On July 9th, 2021, Misty had been at work before she got home for the evening.  When she got home Arcadio III was sleeping.  Before Arcadio III woke up either Misty and her husband went and got food from Arby's and brought it home.  Misty knew Arcadio III had been drinking because Misty found empty beer cans around her home.  Misty was upset with Arcadio III for drinking and confronted him about it, which resulted in her and Arcadio III getting into an altercation.  During the altercation Arcadio III was agitated and intoxicated.  This altercation occurred in the late hours of the evening.  During the altercation Misty and her husband told Arcadio III if he did not calm himself down or get control of himself, they would call the police.  At some point during the altercation Arcadio III got a knife from the kitchen.  The knife Arcadio III had was an all metal knife.

During the altercation Misty went outside to call the police.  Misty's hope for calling the police was that Police would assist them to deescalate the situation – in fact, Salem police had used

Page 3 – PLAINTIFF'S WITNESS LIST

their expertise and experience in de-escalation to help Arcadio III while he was emotionally distraught in the past.  It was dark outside at this point because it was late in the evening.  While Misty was speaking with dispatchers Arcadio III came outside, and tried to pull Misty back into the house, and tried to forcibly get Misty's cell phone from her.  When Arcadio III tried to pull Misty back into the house he caused Misty to fall and scraped her knee and hands across the pavement of their driveway.

Shortly after Misty and Arcadio III's altercation in the driveway Officer Bush was the first police officer to arrive at her house.  Officer Bush arrived alone.  When he arrived Misty told Officer Bush her son was mentally ill and that he had a knife.  Misty watched Officer Bush approach the front door to their house.  Misty tried to accompany Officer Bush to the house, but Officer Bush pushed Misty away from the door.  Shortly after approaching the door Officer Bush opened the front door.  Before opening the door Officer Bush had not knocked or announced "police."  Before opening the door Officer Bush had not attempted to ask through the door that her husband Arcadio Jr. to come outside to talk.  Once Officer Bush opened the door he did not engage with Arcadio III in a calm manner.  Instead, after opening the door Officer Bush began yelling "DROP THE KNIFE!"  Within seconds of Officer Bush opening the door he fired his gun.

Very shortly after the shooting many more police arrived.  Misty will describe how, in the hours after the shooting, she was suffering, in shock, and could not understand what happened. Misty will testify that she and her husband, Arcadio Jr., were taken from the scene directly to the Salem Police Department, where she was placed in an interrogation room at the Salem Police Department alone.  Misty will explain that despite her clearly evident state of shock, detectives from Oregon State Police interrogated Misty about the shooting into the early morning hours of July 10, 2021.  Shortly after beginning the interrogation Misty asked detectives about her son's

Page 4 – PLAINTIFF'S WITNESS LIST

condition.  The detectives informed Misty that her son was deceased before proceeding with the rest of the interrogation. The interrogation lasted for over an hour.  After detectives concluded their interrogation of Misty, only then was she allowed to reunited with her husband.  From the Salem Police Department Misty, her husband, and their daughter were put in a hotel.  From the moment of witnessing Officer Bush shoot and kill her only son, and for a long time after, Misty was in a state of shock, grief, and disbelief.  To this day Misty feels guilty for being the person who called the police to her home.  Misty had called the police to her home on July 9, 2021 to help deescalate Arcadio III's behavior, not to have the police shoot and kill her son.

Misty will testify that while Arcadio III was not a star athlete, or valedictorian of his class, and while Arcadio III had mental health issues that caused him to act inappropriately, Arcadio III's life was important, and of value.  Misty will testify that she misses her son dearly, and that she thinks about him every day.  Misty will explain how the loss of Arcadio III has affected her and her husband, including the emotional impact on her and her husband.

2.    **Arcadio Castillo, Jr.**
      **c/o Plaintiff's Counsel**
      **235 Front St. SE, Ste. 200**
      **Salem, OR 97301**
      **503-363-3443**
      **Estimated Time for Direct Testimony:    30-60 minutes**

Mr. Arcadio Castillo Jr. ("Arcadio Jr.")  is the father of decedent Arcadio Castillo III, is a witness to the events surrounding the shooing of Arcadio III, and is a witness to some parts of the OIS investigation.  Arcadio Jr. was interviewed by investigators during the late hours of July 9, 2021 into the morning hours of July 10, 2021, and was deposed by Defendants on August 29, 2023. Arcadio Jr. will testify consistent with his sworn testimony concerning: (1) his biographical information; (2) his relationship with his son Arcadio III and how the death of his son has affected

Page 5 – PLAINTIFF'S WITNESS LIST

him and his wire; and (3) what he said and observed when Officer Bush arrived at his house on the night of the shooting.

Arcadio Jr. will testify he is the father of Arcadio Castillo, III ("Arcadio III"). Arcadio Jr. is married to Misty Castillo, and together they have three children, with Arcadio II being their youngest child and only son. Arcadio Jr. will testify that he and Arcadio III shared a very close relationship. Arcadio Jr. loved his son very much. Prior to his death Arcadio Jr and Misty had witnessed a decline in Arcadio III's mental health. For some time leading up to his death Arcadio III had been acting out because of his mental health problems.

Arcadio Jr. will testify that on July 9th, 2021 his wife Misty, and Arcadio III, got into an altercation. Arcadio Jr. did not witness the altercation, but heard it occurring outside their house in the front driveway. Shortly after the altercation Arcadio III returned inside the house, and he had a knife. Upon coming back inside the house Arcadio III walked through the front room to the kitchen while Arcadio Jr. stayed in the front room. After Arcadio III came back into the house Arcadio Jr. locked the front door because he knew the police would be coming and he wanted to calm his son down. These events occurred in the late hours of the night.

At some point when Arcadio Jr. and Arcadio III were in the front room of their house, Arcadio III knew police were at the home, and Arcadio Jr. unlocked the front door to their house. Officer Bush did not ask through the door that Arcadio Jr. come outside. Had Officer Bush asked Arcadio Jr. to come outside, he would have done so. After Arcadio Jr. unlocked the door Officer Bush opened the door. Officer Bush pushed Arcadio Jr. away once the door opened. Arcadio III was across the front room from Officer Bush in the hallway between the kitchen and the living room and was holding a knife to his side. Arcadio Jr. was not pointing the knife at anyone. Officer Bush only yelled at Arcadio III to drop the knife. Officer Bush did not attempt to engage Arcadio

Page 6 – PLAINTIFF'S WITNESS LIST

III in a calm demeanor.  Arcadio III did not say anything in response to Officer Bush's commands. Officer Bush remained on the front-patio of the home during the time he yelled at Arcadio III through the time of firing upon Arcadio III.  While Officer Bush was on the front steps yelling at Arcadio III, Arcadio III never moved.  Officer Bush started shooting within seconds of opening the door. Arcadio III was standing still with the knife at his side when Officer Bush fired the first shot. Officer Bush was standing on the steps outside of the house when he fired all four shots. After the shots Arcadio Jr. tried to go to Arcadio III, but Officer Bush prevented him from doing so.  Officer Bush was the only officer on scene when he opened the door and shot Arcadio III, but other officers arrived very quickly after the shooting.  Arcadio Jr. will testify that everything all happened so fast, between the time the door opened, to Officer Bush shooting Arcadio III.  Arcadio Jr. will testify that he did not expect or desire Officer Bush to shoot his son.

In the hours after the shooting Arcadio Jr. was suffering from the trauma and sock of having witnessed the shooting death of his son.  After Officer Bush shot Arcadio III, Arcadio Jr. was taken directly to the Salem Police Department and placed alone in an interrogation room.  Arcadio Jr. will testify he was interrogated alone by detectives about the shooting into the early hours of the morning of July 10th, 2021.  Only after the conclusion of the interrogation was Arcadio Jr. reunited with his wife, Misty.  From the Salem Police Department Arcadio Jr and Misty were taken to stay at a hotel.

Arcadio Jr. will testify that at the time he witnessed his son's death and for a long time after he existed in a state of shock, grief, and disbelief.  Arcadio Jr. will testify that he feels immense guilt for not stopping Officer Bush from shooting his son on July 9th, 2021.  Arcadio Jr. will testify that if he had recognized that Officer Bush intended to shoot his son, that Arcadio Jr. would have stepped between Officer Bush and his son to prevent the shooting.  Arcadio Jr. will

Page 7 – PLAINTIFF'S WITNESS LIST

testify that he misses his son dearly, and that he still struggles with immense grief to this day from his only son's death.

> **3.    Clifford Nelson, MD**
> **1817 NW 117th St.**
> **Vancouver, WA 98685**
> **360-241-5373**
> **Estimated Time for Direct Testimony:    45-60 minutes**

Dr. Nelson will testify consistent with his testimony from his deposition and will authenticate exhibits about which he testified during his deposition.  In addition to the testimony from his deposition, Dr. Nelson will identify and correct some basic dictation errors within his autopsy report related to measurements noted therein.

> **4.    Defendant Nathan Bush**
> **c/o Defense Counsel**
> **Estimated Time for Direct Testimony:    60 minutes**

Defendant Bush will testify consistent with his deposition testimony.

> **5.    Chief Trevor Womack**
> **c/o Defense Counsel**
> **Estimated Time for Direct Testimony:    30-45 minutes**

Check Womack will testify consistent with his deposition testimony.

> **6.    Lieutenant Jeffrey Barratt**
> **c/o Defense Counsel**
> **Estimated Time for Direct Testimony:    45-60 minutes**

Lieutenant Barratt will testify consistent with his deposition testimony.

> **7.    Lieutenant Lance Diede**
> **c/o Defense Counsel**
> **Estimated Time for Direct Testimony:    30-45 Minutes**

Lieutenant Diede will testify consistent with his deposition testimony.

/ / /

Page 8 – PLAINTIFF'S WITNESS LIST

**8.      Detective Caleb Yoder, Oregon State Police**
         **3565 Trelstad Ave SE**
         **Salem, OR 97317**
         **503-378-3720**
         **Estimated Time for Direct Testimony:     15-30 Minutes**

To the extent the parties are unable to stipulate to the admission of all scene photographs and processing photographs, Detective Yoder will be called to lay the foundation necessary for the admission of all scene and processing photographs.

**9.      Gary Keidatz (by deposition)**
         **Estimated Time for Direct Testimony:     15-30 Minutes**

Plaintiff will designate those portions of Mr. Keidatz's deposition testimony she intends to play for the jury at the time deposition designations are due to the court, and will play only those portions that are admissible pursuant to the Court's rulings on objections to the designations.

**10.     Matthew Kemmey, Marion County District Attorney's Office**
         **Personal address and phone number omitted, but available on the Oregon**
         **State Bar member directory**
         **Estimated Time for Direct Testimony:     15-30 Minutes**

Mr. Kemmy will testify that he was formerly employed by the Marion County District Attorney's office. Mr. Kemmy was the Deputy District Attorney responsible for the presentation of Officer Bush's shooting of Arcadio Castillo III to a Marion County Grand Jury. Mr. Kemmy will testify that the purpose of grand jury is, generally speaking, to determine whether there is sufficient evidence to criminally prosecute someone for a crime. Mr. Kemmy will testify the grand jury inquiry regarding Officer Bush's shooting of Arcadio Castillo III did not inquire into whether Officer Bush violated Arcadio Castillo III's constitutional rights, or Salem Police Department policy or procedure.

/ / /

Page 9 – PLAINTIFF'S WITNESS LIST

11. **Michael Howard**
   **Forensic Scientist/Criminalist**
   **1501 Cedar St.**
   **La Grande, OR 97850**
   **541-663-1392**
   **Estimated Time for Direct Testimony:    3 Hours**

Mr. Howerd is an expert witness who will testify consistent with his report submitted

herein.

12. **Matthew Noedel**
   **Forensic Scientist**
   **PO Box 73808**
   **Puyallup, WA 98373**
   **253-227-5880**
   **Estimated Time for Direct Testimony:    2 Hours**

Matthew Noedel is an expert witness who will testify consistent with his report submitted

herein.

13. **Joel Newman**
   **Graphic Design/3d Modeling**
   **2500 NE Sandy Blvd Unit B**
   **Portland, OR 97232**
   **503-804-8323**
   **Estimated Time for Direct Testimony:    15-30 minutes**

Joel Newman is an expert witness who will testify consistent with his report submitted

herein.

14. **John R. Black, PhD**
   **Police Practices Subject Matter Expert**
   **915 SW Rimrock Way, Ste. 201-403**
   **Redmond, OR 97756**
   **503-707-5107**
   **Estimated Time for Direct Testimony:    3 Hours**

Dr. Black is an expert witness who will testify consistent with his report submitted herein.

Page 10 – PLAINTIFF'S WITNESS LIST

DATED THIS 6th day of January, 2025.

/s/ James M. Healy
Ron L. Sayer, OSB No. 951910
James M. Healy, OSB No. 123403
The Gatti Law Firm
Attorneys for Plaintiff

Page 11 – PLAINTIFF'S WITNESS LIST

CERTIFICATE OF SERVICE

I hereby certify that on the __6th__ day of January, 2025, I served a true and correct copy of the foregoing PLAINTIFF'S WITNESS LIST on the following:

> Andrew D. Campbell
> Heltzel Williams PC
> PO Box 1048
> Salem, OR 97308
> E-mail: andrew@heltzel.com

> Daniel B. Atchison
> City of Salem Legal Department
> PO Box 14300
> Salem, OR 97309
> E-mail: datchison@cityofsalem.com

I further certify that said copies were:

_____     Mailed in a sealed envelope, via US Postal Service

__XX__     Transmitted via e-mail

__XX__     Transmitted via electronic means (CM/ECF)

_____     Hand Delivered


Dated this __6th__ day of January, 2025.


_s/ James M. Healy_____
Ron L. Sayer, OSB #951910
James M. Healy, OSB #123403
Of Attorneys for Plaintiff
E-mail: jhealy@gattilaw.com


Page 12 – PLAINTIFF'S WITNESS LIST