Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
    Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MISTY CASTILLO**, as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**, <br><br> Plaintiff, <br><br> v. <br><br> **NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation, <br><br> Defendants. | Case No. 6:22-cv-00684-MTK <br><br> **DEFENDANTS' EXPERT WITNESS STATEMENTS AND REPORTS** |

Pursuant to the trial court's Trial Management Order, Defendants hereby offer the following expert statements and expert reports for experts that Defendants will call at trial.

\\\\

\\\\

\\\\

1. Rod Englert

   a. Mr. Englert's reports and disclosures have been previously disclosed in the form of filings with this Court, duly served on Plaintiff, to wit: ECF# 62, Ex. 7; ECF# 82; ECF# 86.

2. Brian E. Kennedy

   a. Mr. Kennedy's Report and disclosures are attached as Attachment 1.

3. Rocky Edwards

   a. Mr. Edwards Report and disclosures are attached as Attachment 2.

4. Heather Heider

   a. Ms. Heider's Report and disclosures are the same as Mr. Edwards, attached as Attachment 2.

5. Spencer Fomby

   a. Mr. Fomby's Report and disclosures are attached as Attachment 3.

Dated this 10th day of January, 2025.

HELTZEL WILLIAMS PC

s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048
Salem, OR 97308
Phone No. (503) 585-4422
Fax No. (503) 540-6534
Email: andrew@heltzel.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DEFENDANTS' EXPERT WITNESS STATEMENTS AND REPORTS** on:

| | |
|---|---|
| James M. Healy<br>Ronnie Lynn Sayer<br>The Gatti Law Firm<br>235 Front Street SE, Suite 200<br>Salem, OR 97301<br>Email: jhealy@gattilaw.com<br>rsayer@gattilaw.com<br>Attorneys for Plaintiff | Daniel B. Atchison<br>City of Salem, Legal Dept<br>555 Liberty Street SE<br>Salem, OR 97301<br>Email: datchison@cityofsalem.net<br>Attorney for Defendants |

☐ By mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Salem, Oregon.

☐ By hand delivering to said attorney(s) a true copy thereof.

☑ By emailing to said attorney(s) at their above listed email address(es) a true copy thereof.

☑ By electronic filing with the District Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 10th day of January, 2025.

HELTZEL WILLIAMS PC

s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
Email: Andrew@heltzel.com