# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                        (916) 712-2891

| | | | |
|---|---|---|---|
| | Castillo vs. Bush / City of Salem | Offense: | 4th & 14th Amendment |
| Plaintiff: | Mary Castillo for Estate of Arcadia Castillo, III | Case #: | 6:22-cv-00684-MK |
| Respondent: | Nathan Bush & City of Salem | Docket#: | |
| Requested by: | Andrew D Campbell, OSB #022647 | Date of Request: | 02/13/2024 |
| Agency: | Heltzel Williams PC | Invest. Agency: | Oregon State Police |
| Address: | 117 Commercial Street NE, Fourth Floor, PO Box 1048 | Agency Report #: | 21-192766 |
| City, State, Zip: | Salem, OR 97308-1048 | | |

# Table of Contents

Table of Contents                                                        1

Communications and Materials Received for Consideration                  3

Protocols Followed                                                       5

Synopsis of the Case                                                     6

Crime Scene Reconstruction                                               7

Impact Spatter Patterns                                                  8

Projected Bloodstain Patterns                                            9

Shadows or Voids in Patterns                                            10

Transfer Patterns                                                       10

Hemorrhagic or Flow Patterns                                            11

Pathology                                                               11

Reports and Exhibits of Englert Forensic Consultants                    13

Declaration of Michael A Howard, Document 67                            15

Summation and Opinion                                                   17

Exihibit 1A                                                             19

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                (916) 712-2891

| | |
|---|---|
| Exhibit 1B | 20 |
| Exhibit 2 | 21 |
| Exhibit 3 | 22 |
| Exhibit 4A | 23 |
| Exhibit 4B | 24 |
| Exhibit 5A | 25 |
| Exhibit 5B | 26 |
| Exhibit 6A | 27 |
| Exhibit 6B | 28 |
| Exhibit 6C | 29 |
| Exhibit 6D | 30 |
| Exhibit 7A | 31 |
| Exhibit 7B | 32 |
| Exhibit 7C | 33 |
| Glossary Of Terms | 34 |
| Qualifications / Curriculum Vitae | 40 |
| Professional Background: | 42 |
| Education: | 44 |
| Special Certification & Training: | 45 |
| Lectures: | 49 |
| Professional Groups and Acticvities: | 51 |
| Recent Court Testimony | 52 |
| Fee Schedule | 52 |

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

## Communications and Materials Received for Consideration

02/13/24:

I received a telephone call from Andrew D. Campbell, OSB #022647 requesting my assistance in Bloodstain Pattern Analysis and Crime Scene Reconstruction.  I requested the crime scene photos and diagrams, autopsy photos and diagrams, autopsy report and first responders observational reports.

02/15/24:

I received an email from Maricela Highsmith with links to the crime scene photos and diagram, the autopsy photos, autopsy report and medical examiners report of the scene.

03/14/24:

In response to my request, I received the links to the below materials.

1. Nathan Bush Testimony

   a. Oregon State Police Interview – Nathan Bush [p. 8 – 11, 13 – 23]

      i. Map used in interview.

   b. Grand Jury Testimony [p. 122 – 147]

   c. Nathan Bush Deposition Transcript [page 34 – 106] & Exhibits 1 – 8, 24

   d. Notes from attorney interview with Nathan Bush

2. Medical Examiner & Autopsy Materials

   a. Autopsy Report

   b. Medical Examiner's Report

   c. Autopsy Photos

   d. Clifford Nelson, MD, Deposition Transcript [p. 10 – 37] & Exhibits 30 – 43

3. Crime Scene

   a. Nest camera video – original [00:00 – 02:19]

   b. Nest camera, enhanced audio file

      07-19 om screaming and Arcadio talking in the background.

      0:55 Officer arrives.

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                    (916) 712-2891

---

1:16 –1:30 talking in the background (assume mom and officer).

1:42 More talking.

1:47 Officer yells, "stay right there."

1:50 shots fired.

   c. Crime scene photos

   d. Crime scene report

4. Police Reports

   a. Salem Police Department reports

   b. Oregon State Police – Supervisor report

5. Lt. Jeff Barratt Testimony

   a. Jeffrey Barratt Deposition

Faro Scan – Hard copy to follow.

Interview Others

Interview Parents

Officer Processing

Reports [including 2023-12-14 EFC - Castillo Report FINAL.pdf]

Scene Video

Toxicology Report

Amended Complaint

03/19/24:

   I received:

• Englert Forensic Consultants (EFC)

      EXPERT'S RECONSTRUCTION REPORT

      Castillo v. Nathan Bush and City of Salem

Dated December 13, 2023

• EFC Photos (folder)

   • Black Knife: 30 files

   • Boxer Briefs: 18 files

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

- Bullet:  6 files
- Bullet From Back:  6 files
- CellPhone:  8 files
- Kitchen Knife:  2 files
- Knife Sheath:  5 files
- Reconstruction:  101 files
- Shell Casings:  25 files
- Shorts:  21 files
- Silver Knife:  19 files

04/23/24:

 After a telephone conversation with Andrew D. Campbell I received a pdf file:

#067 Declaration ISO Plaintiff's Partial Motion for Summary Judgment (01069872x9E696).PDF

08/18/24:

 During conversations with Mr. Andrew Campbell regarding the court's findings in motions for summary judgement I asked is the exhibits cited by Mr. Howard were available for my review.

08/19/24 and 08/20/24 I received 14 PDF files of images, a graphic and text.

———————————

Approximately one thousand, one hundred eighty photographs, videos, reports and other documents were downloaded via secure link and one CD via USPS.  This scene reconstruction is based on many of the materials supplied by the respondent's legal counsel and the City of Salem.  If and when additional materials are provided, this report may be modified by addendum.

## Protocols Followed

The following protocol, or order of review was followed in the development of this report:

1.  Review of all Crime Scene Photography and Crime Scene Sketches and Diagrams.
2.  Review of Autopsy Photographs and Autopsy Reports.

 **Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                           (916) 712-2891

3. Initial assessment and analysis is made prior to considering other materials of information.

4. Review of Reports by First Responders and Investigators.

5. Review of Forensic Reports.

6. Review of Witness Statements.

7. Formulation of findings and opinion.

## Synopsis of the Case

**Mary Castillo for Estate of Arcadia Castillo, III  vs. Nathan Bush & City of Salem**

This is a reconstruction of an officer involved shooting with fatality which occurred at 3796 June Avenue NE, Salem Oregon on 07/09/2021.  The house is a north by northwest facing single family residence on the southwest corner of the intersection of east-west June Avenue, NE and north-south Coral Avenue, NE.

Based on the Medical Examiner's scene report and the OSP interview with Salem Police Officer Bush the follow incident transpired.

23:20 hrs. 07/09/2021:

The Salem Police Communications received 911 call of a domestic disturbance at 3796 June Avenue, NE.  A computer transmitted event was sent out by dispatch to Salem Police Patrol Units.  Officer Bush, seeing the call and being reasonably close, freed himself from his suspicious vehicle call and responded to the domestic violence call with the information that an adult male with mental illness was assaulting his parents.  The Officer did not want to exacerbate the situation so he did not use his emergency lights or siren.  As he arrived, the dispatch was updated with information that the female caller was telling someone to stay away, then scream as the phone connection was dropped.

In his statement, Officer Bush explained the exigent circumstances with which he was presented.  Officer Bush met the mother (Misty Castillo - complainant) in the driveway of the residence.  Mrs. Castillo said her son, the subject of the call, Arcadio Castillo,III had dragged her out of the house.  Misty Castillo validated her claim by showing the officer the abrasions and contusions to her left leg and knee and left hand/wrist.

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

___

Misty Castillo pleaded with Officer Bush to help her husband (Arcadio Castillo, Jr.) who was still in the house.  Misty Castillo was fearful for her husband's safety because her son had been threatening them with a knife.

Officer Bush sees a subject (Castillo III) at the north facing front door.  The subject is looking towards the Officer and Misty Castillo.  The subject turns and goes into the house, closing the front door behind him.

Officer Bush, drawing his firearm from its holster, goes to the front door and opens it.  The Officer sees Castillo III standing between the entry and the hallway to the south.  Castillo III turns his back to the officer and walks away from the Officer to the junction of the living room and the north-south hallway, approximately 12 feet from the front door.  Officer Bush repeatedly commands Castillo III to drop the knife he sees Castillo III holding in his right hand. Officer Bush can see Castillo Jr. (father) standing in the living room.  The Officer diverts his attention towards Castillo Jr. and waves for him to come to the Officer and exit. Suddenly, Castillo III turns and moves towards the officer, raising the knife in his right hand. Officer BUSH discharges four rounds in rapid succession towards Castillo III.  Castillo III stops and bends over, or drops to his knee.  Castillo III rights himself turns and steps toward the southeast and collapses to the floor, dropping the knife.

Castillo III dies of his wounds while Officer Bush and other officers attempt to keep him alive until EMT's can take over.

## Crime Scene Reconstruction

The following is a forensic examination and reconstruction of the scene at 3796 June Avenue NE, Salem Oregon on 07/09 & 07/10/2021.  This reconstruction is based on the review of the materials received above.  Of particular import are the Medical Examiners reports and autopsy photos.

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                (916) 712-2891

This report will address blood stain patterns observed in the crime scene photos and defined in the reconstruction report prepared by Englert Forensic Consultants.  The order in which the bloodstain patterns are addressed is the most likely order of occurrence.

It is worthy to note that the deceased, Arcadio Castillo III, is only wearing a pair of boxer type shorts and has no other clothing that may inhibit the formation of bloodstain patterns.

## Impact Spatter Patterns

Spatter patterns are the most reliable patterns for locating or isolating the area, possible placement &/or position of the source of the pattern at the time of the impact.  In most cases, spatter patterns are an indication of the initiation of the blood letting events.

There are two, possibly 3 areas photo-documenting impact spatters:

- The couch on the west wall behind the open entry door
- The floor tile at the base of the south living room wall at the junction of the hallway.
- The exterior side of the front door has possible spatter patterns.

The couch faces east along the west wall of the living room.  There is a pillow on a folded blanket on the seat cushion at the south end of the couch.  The pillow's case is draped over the front of the couch. (Exhibit 1A) (See remarks regarding the "Declaration of Michael H. Howard")

The couch recorded a radiating spatter pattern starting on center of the vertical face (Exhibit 1B), progressing onto the north seat cushion.(Exhibit 1C)  The pattern indicates the blood was traveling in a northwest direction when it was deposited on the couch.  There is a "shadow" or absence of patterning on the center of the couch seat cushion, yet, as mentioned, there are blood stains deposited on the front, vertical face of the center, below the "shadow".  The void will be addressed below.  Larger stains are also noted on the pillow at the south end.  The south vertical side of the couch is void of any apparent blood stains.

There are stains of unknown type or nature on the exterior of the front door around the door handle and dead bolt.  Towards the bottom of the door's exterior side are spatter like stains which may be secondary, or satellite stains generated by blood landing in blood.



# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

---

The tile flooring at the base of the south living room wall recorded some spatter like pattern on the tile closest to the hallway.  The pattern may be a result of the deposit of the heavy hemorrhage pattern on the arm of the chair and may actually be secondary satellite spatter from blood landing in blood.  A few of the stains show some directionality of north to south.  The steep angle of impact would suggest the drops may be fallout from an event closer to the front door.

---

**Projected Bloodstain Patterns**

Projected is a term that covers a broad range of causes and secondary effects.  Projected bloodstains are photo documented on the leading edge of the front door and running down the exterior face of the door.  These stains appear slightly lighter in color and run in a more fluid manner than others.  This observation suggests the blood has been slightly diluted with saliva and the viscosity (resistance to flow) of the blood has been altered.  Mr. Castillo III has suffered lung damage which can fill the lungs with blood up through the trachea which is subsequently discharged out of the mouth.  Although an autopsy report would be referred to in support of these remarks, the pathologist did not make any reference to the mouth, teeth or condition of the throat.  That being said, the patterns in this scene replicate patterns I have documented in my carrier that have been generated at a scene with similar ballistic traversing chest wound as described in the autopsy in this matter.  There were witnesses who described how the patterns were generated in that shooting I documented earlier in my carrier.  The pattern is also reproducible in laboratory experiments.

Large stains on the entry vinyl may also be from the initial discharge.  The large spines on these deposits indicate the probability of some roughness to the surface, debris or most likely blood landing in blood.  There are small satellite spatter emanating from these large, spiked deposits.  The predominant direction of the spines indicate the direction of the blood is south to north pointing out the front door. (Exhibit 2)

Another form of projected blood is coughed or expectorated blood that can follow the initial blood/fluid discharge.  As a person tries to breathe in, air is mixed with the blood, the result is a much lighter fluid, both in color and viscosity that contains additional saliva and air bubbles.  The air bubbles may be sparse to frothy.

Attachment 1



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                                    (916) 712-2891

---

The evidence of coughed or expectorated blood may be present on the vinyl flooring at the interior of the front door.

All projected blood patterns show a direction of south to north towards the entry door.

---

### Shadows or Voids in Patterns

Under the above segment on spatter, a shadow or void is referenced on the seat cushions of the northwest couch.  The absence of bloodstains on the central part of the seat cushion indicates something may have been covering or blocking that surface at the time of the incident.  It is unknown if the shadow is cast by portions of Mr. Castillo III body shielding the area, or something was removed from the couch by a first responder in their attempts to resuscitate Mr. Cursillo III.

There is a second void or shadow observed on the vinyl flooring at the entrance to the house. This void caused a gap in the projected bloodstains which landed on the vinyl surface.  This void may have been created by Mr. Cursillo III's extended right arm, or the door being positioned to obstruct the bloodstain pattern.  (Exhibit 3)

---

### Transfer Patterns

The smeared or transferred blood on the entry floor is a combination of wiping the blood deposited by projection, applying or swiping the blood, and contact transfers.  The wipes and swipes are most likely from Mr. Castillo III's body and hands being in contact with the floor. Additionally there are traction patterns from the shoes, presumably of police, EMT's, etc. There is also an arching, wipe pattern through the heavy blood stain on the vinyl. (Exhibit 4A) This wipe is caused by the door being swung over the top of the large projected blood drops. There are transfer patterns on the soles of Mr. Castillo III's feet, indicating he was ambulatory after blood had been deposited on the floor. (Exhibit 4B)



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                              (916) 712-2891

## Hemorrhagic or Flow Patterns

The living room floor is a mixture of heavy hemorrhage (bleeding) and transfer patterns indicating that Mr. Castillo III was lying on the floor while hemorrhaging. (Exhibit 5A) Prior to coming to rest on the floor, Mr. Castillo III stood, or kneeled over the arm chair, depositing pour patterns on those surfaces.

There is a hemorrhagic pattern flowing from the right knee down the inboard side of Mr. Castillo III's right leg. (Exhibit 5B)   Mr. Castillo III had ballistic wounds to his left abdomen and hip which does not appear to have bled down his left leg and probably bled mostly internally. However if Mr. Castillo III knelt on his left knee and bent over his right knee, this would put the wounds of his the right upper arm, and/or chest over the knee and may likely be the source of this flow pattern.  This consideration is supported by the compression contact transfer seen on the right knee. (Exhibit 5B)

## Pathology

The following is an excerpt from the autopsy of:

CASTILO, ARCADIO

MARION COUNTY

210710-176

BY:   Clifford C. Nelson, MD

ON:   Sunday, July 11, 2021 at 8:10 AM

SUMMARY OF AUTOPSY FINDINGS:

I.   GUNSHOT WOUND OF THE MID-CHEST

   [Exhibit 6a IMG_4550 & 4551]

   A.   Intermediate range gunshot entrance wound of the mid-chest

   B.   Front to back, slightly right to left and downward with:

      1.   Perforation of the sternum

      2.   Perforation of the heart

      3.   Perforation of the 10th posterior intercostal space

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

C.  Large caliber bullet recovered from mid-left back

II.  GUNSHOT WOUND OF THE LEFT CHEST AND ARM.

[Exhibit 6b IMG_4546 & 4547]

A.  Indeterminate range gunshot entrance wound of the left anterior chest

B.  Right to left and downward gunshot wound path with:

1.  Perforation of the left chest wall muscles

C.  Primary exit gunshot wound of the left axis

D.  Secondary gunshot entrance wound of the medial biceps

1.  Perforation of the left biceps and triceps muscles

E.  Secondary gunshot exit wound of the left triceps

III.  GUNSHOT WOUND OF THE RIGHT UPPER ARM AND CHEST

[Exhibit 6c IMG_4602 & 4611]

A.  Indeterminate range gunshot entrance wound of the right upper arm

B.  Right to left, front to back and slightly downward gunshot wound path with:

1.  Perforation of the right biceps muscle

2.  Perforation of the right axillary muscles and soft tissues

3.  Perforation of the right fifth rib

4.  Perforation of the superior lobe of the right lung

5.  Laceration of the aorta

6.  Perforation of the lower lobe of the left lung

7.  Perforation of the left intercostal space

8.  Large caliber bullet removed from tissues of the left upper arm. *(Note: in the native of the report, the bullet is recovered from the left chest, below the armpit.)*

IV.  GUNSHOT WOUND OF THE LEFT ABDOMEN

[Exhibit 6d IMG_4543]

A.  Indeterminate range gunshot entrance wound of the left mid abdomen

B.  Downward superficial perforation gunshot wound of the abdominal wall

C.  Primary gunshot exit wound above the left inguinal ligament

D.  Re-entrance gunshot wound of the left linguine ligament

**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                    (916) 712-2891

---

    E.   Downward and front to back superficial gunshot wound

    F.   Secondary gunshot exit defect of the superior anterior left hip

---

The above observations of the four gunshot wounds and trajectory paths by Dr. Nelson have one commonality:  all are indeterminate distance, front to back, right to left and downward. However, the commonality stops there.  Each bullet's path follows a unique body placement and path that indicates considerable dynamic body movement.

The wound path to the mid-chest, that penetrates the sternum and heart indicates Castillo III was leaning forward and facing Officer Bush at the time.

The wound to the left chest and arm indicates Castillo III's right shoulder and torso was turning towards Officer Bush and the gun while still leaning forward positioning the left chest and arm to line up for that bullet's trajectory.

The gunshot wound to the upper right arm that transected through Castillo III's upper body and lodging in the left side of the chest under the arm indicates Castillo III's right arm was raised with the upper arm level with his shoulder, but more likely above the shoulder, Castillo III's right side was "bladed" towards and leaning into the direction of Officer Bush.

The wound path to the abdomen and hip indicate his left leg was raise high and Castillo III was leaning forward, or Castillo III had stepped forward with his left leg and was bending forward.

## Reports and Exhibits of Englert Forensic Consultants

Overall, the work produced by Englert Forensic Consultants was very thorough and detailed.  The report was consistent with and supportive of my observations.  There may be some taxonomy variations, as terminology may vary by training experiences or efforts of standardization by the IABPA.

I did make some observations that I did not find in his report.  However, the differences are minor and would not alter the final conclusions rendered.

Attachment 1



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                    (916) 712-2891

With a few variations, I concur with the three animations developed by Mr. Englert through *Trial Ready Pro*.  The animations conform to the bloodstain patterns, physical evidence and the autopsy report provided in this matter.

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

## Declaration of Michael A Howard, Document 67

Paragraph 5, Pages 4 and 5,:

"5       When Arcadio Castillo III was shot he was located in the short hallway leading to the eating area/kitchen at the approximate location of the knife that is identified by Evidence Marker 4 in the crime scene photo attached as Exhibit 3 to his declaration.  All four gunshot wounds Castillo III sustained were sustained at this location.  This opinion is supported by the presence of expectorated blood the couch, overstuffed chair and floor behind the chair as noted on the crime scene photos attached hereto as Exhibit 4a, 4b, 4c, 4d, and 4e. . . "

Paragraph 6, Page 5:

". . . Audio recordings from the nearby commercial and residential security video capture the sound of four gunshots delivered in rapid succession over the span of approximately 1 second.  The elapsed time between the first and fourth shot permits limited body movement between the first and last shots fired."

Last three sentences of Paragraph 9, Page 7:

". . . Gunshot wound **I** perforated the heart.  This wound would cause arterial spurts.  The large bloodstains on the arm of the chair depicted in attached Exhibit 8, are these type of bloodstains."

Mr. Howard proceeds to explain his hypothesis regarding the order in which shots were fired and wounds generated.

Review of crime scene photos of the area Mr. Howard alleges Mr. Castillo III was standing when he is alleged to have received all four bullet impacts fails to find any supportive evidence of this premise.

✳ There are no bloodstain patterns on the walls or carpet at "hallway leading to the eating area/kitchen." (Exhibit 7A)

✳ The vertical south facing end of the couch on the west wall that is partially behind the open front door has no discernible bloodstain patterns. (Exhibit 7B)



# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                         (916) 712-2891

---

✳ There is no blood-trail leading from the alleged placement of Mr Castillo III to the couch or over stuffed chair to which Mr. Howard alludes there is "expectorated blood" on those items.

✳ Mr. Howard discusses splinters of wood being responsible for red marks on Mr. Castillo III's right arm.  I do not disagree that slivers of wood may have cause the red spots on the right arm, but I doubt they would have the inertial mass or ballistic flight characteristics for such injuries from a distance of 12 feet or more.  There is no indication in Dr. Nelson's report of such evidence and there are no wood splinters observable beyond the entrance, if at all.

✳ Another variable to consider is the placement of the gunshots and the movement of Officer Bush's weapon.  If Officer Bush's attention had been focused on Mr. Castillo III, keeping sight alignment and a combat stance and grip, and if Officer Bush had maintained his attention on Mr. Castillo III a bullet would most likely not have been so far off target as to penetrated the lock stile of the door before generating wounds.

✳ Mr. Howard suggests the perforation to the heart will generate arterial spurting.  The definition of an arterial spurt is the repeated systolic - diastolic squirting of blood from a breached artery.  The pulsating squirts of blood are the direct result of the beats of the heart.  Mr. Castillo IIII not only suffered a gunshot to the heart, but the aorta had also been perforated by the bullet that traversed from the right arm through the upper lobe of the right lung, damaging the aorta, and through the lower lobe of the left lung.  Both the aorta and the heart are generally centered within the thoracic cavity which will contain most if not all internal bleeding, including arterial spurts.

✳ The rapidity of the shots as stated in Mr. Howards declaration would not have given Mr. Castillo III, who is alleged to be stationery with his arms at his side, time to assume the varied poses/positions that Mr. Howard hypothesizes.  If Mr. Castillo III is moving towards Officer Bush when gunshots are initiated, the animation of Mr. Castillo III advancing at a rapid pace could easily create the active motion that would be necessary to expose the varying angles of impact and trajectory of the bullet wounds sustained within the time frame of the shots fired.  Therefore, Mr. Castillo III has to be moving towards the front door before the shooting begins.

✳ Mr. Howard spends a lot of time exploring how several knives were found in unlikely locations.  Mr. Howard focused on how the placement could not have happened and does

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

not acknowledges that for their own safety, law enforcement officers, EMT's, Paramedics will move weapons away from the area in which they are working.

✳ Mr. Howard has all but ignored the preponderance of bloodstain patterns situated at the west couch and entrance, or on Mr. Castillo III's body.

✳ In review and examination of Mr. Howard's exhibits I noted a picture in what may be IMG_8288, Howard had isolated (enlarged and cropped) the pillow on the south end of the couch against the west wall, behind the door.  The pillow appears to have spatter patterning across the top surface and down the trailing pillow slip draped over the front of the couch.  I have incorporated Mr. Howard's Exhibit 4b as Exhibit 7C in this report.  I have circled an area of folds on the draped pillow case.  A few of the bloodstains within the circled area appear incongruous with the folds of the material.  This irregularity suggests that the pillow had been disturbed and may have been moved.  The pattern on the pillow and the pillow's dimensions would be about right to have been centered on the couch, shielding the cushion area that was showed and void of bloodstain patterns.

## Summation and Opinion

• I am unable to find evidence to support Mr. Howard's version of the incident with Arcadia Castillo,III's positioned in one location where the black handled knife was recovered, evidence standard 4 in photos.

• There are too many variables regarding motion within the time constraints on the shots fired to accurately determine the sequence of the gunshot wounds.

• Only in Hollywood productions do people dramatically gyrate with each bullet strike in a manner that might support Mr. Howard's hypothesis.

• All materials reviewed supports the statement provided by Officer Bush.

   ▫ Mr. Castillo III was quickly advancing towards Officer Bush with the right arm raised.

   ▫ As Mr. Castillo III got closer to Officer Bush he was thrusting his right arm forward and blading his right side to Officer Bush.

   ▫ The door may have been pushed partially closed as Officer Bush fired his final shot, putting the door in line with muzzle of Officer Bush's service weapon and hence the bullet's trajectory.

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                    (916) 712-2891

___

- ☐ The small red marks that Mr. Howard attributes to splinters from the door would support this theory.
- ☐ Either the door was partially closed by Mr. Castillo III's advance, making the void in the patterns on the floor, or Mr. Castillo III's extended arm sheltered the floor, making the shadowed pattern.

NOTE:

The exhibits incorporated in this report may have been enlarged and cropped to focus on areas of interest.  The image or JPG file number of the crime scene or autopsy photo from which the exhibit was extracted is included on the exhibit (IMG_XXXX).

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                        (916) 712-2891

## Exihibit 1A



Overview of spatter pattern delineated with red lines on the east vertical face of the couch



Enlarged view of spatter pattern on the east vertical face of the couch



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                    (916) 712-2891

# Exhibit 1B



Overview of spatter pattern on north end of couch bracketed by broken red lines



Enlarged view of the spatter pattern that showers down on North end of couch, on the cushion, down the face and on the floor

Attachment 1



Portland, Oregon                                    (916) 712-2891

# Exhibit 2



Overview of area with projected blood enclosed with curved red lines



Enlarged image of areas with projected blood patterns



Portland, Oregon                                                    (916) 712-2891

# Exhibit 3



IMG_8237

Void or Shadowed area on couch



IMG_2596

Illustration of void or shadow in entryway



## Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                        (916) 712-2891

## Exhibit 4A





Portland, Oregon                                                    (916) 712-2891

## Exhibit 4B



IMG_8490

The Soles of Castillo III's Feet



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                    (916) 712-2891

## Exhibit 5A



Hemorrhage / Blood Flow on Floor and Chair



Portland, Oregon                                                            (916) 712-2891

## Exhibit 5B



Hemorrhagic Blood Flow Down Right Lower Leg Only



# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon

(916) 712-2891

## Exhibit 6A



Attachment 1



Portland, Oregon                                                     (916) 712-2891

## Exhibit 6B



Attachment 1



# **Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                                (916) 712-2891

## Exhibit 6C



Attachment 1



Portland, Oregon                                            (916) 712-2891

## Exhibit 6D



# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                      (916) 712-2891

## Exhibit 7A



Absence of blood stain patterns where Mr. Howard places Mr. Castillo III when shot 4 times in 1 second.



Location of Black Handled Knife

Mr. Howards hypothetical position where Mr. Castillo III was when he received all 4 shots in 1 second

Attachment 1



Portland, Oregon                                                          (916) 712-2891

## Exhibit 7B



Absence of bloodstain patterns where Mr. Howard places Mrs. Castillo III when he was shot 4 times in 1 second



Enlarged image of south end of the couch



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                    (916) 712-2891

# Exhibit 7C



Area circled illustrates folds that conflict with the blood stains deposited

EXHIBIT 4b

Mr. Howard's Exhibit 4b.  This image may be an enlarged and cropped image from Crime Scene IMG_8288.JPG

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                         (916) 712-2891

## Glossary Of Terms

Standardized script reflects suggested terminology recommended by the International Association of Bloodstain Pattern Analysts in 1989.

❖ *Italicized script is the terminology adopted by the IABPA in 1996*

**Angle of Impact**

The internal angle at which blood strikes a target surface relative to the horizontal plane of that target surface.

❖ *The acute angle formed between the direction of a blood drop and the plane of the surface it strikes.*

**Arterial Spurting (or Gushing) Patterns**

Characteristic bloodstain patterns on a target surface resulting from blood exiting under pressure from a breached artery.  These patterns are characterized by their special appearance and shape.

❖ *Bloodstain pattern(s) resulting from blood exiting the body under pressure from a breached artery.*

**Back Spatter**

Blood that is directed back toward its source of energy.  Back spatter is associated with entrance gunshot wounds.

❖ *Blood that is directed back toward its source of energy or force that caused the spatter.*

**Bloodstain**

Blood that has come in contact with a surface.

❖ *Evidence that liquid blood has come into contact with a surface.*

**Bubble Rings**

❖ *Rings in blood that result when blood containing air bubbles dries and restains the bubble's circular configuration as a dried outline.*

**Cast-off Pattern**

Blood that has been projected onto a surface from other that an impact site.  This pattern is produced when blood is thrown from a bloody object in motion.

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

---

❖ A bloodstain Pattern created when blood is released or thrown from a blood bearing object in motion.

**Clot**

A blood clot is formed by a complex mechanism involving the plasma protein fibrinogen, platelets, and other clotting factors. It is observed visually as a network of fibrous material (fibrin and red blood cells.) Subsequently, the blood clot begins to retract causing a separation of the remaining liquid portion which is now referred to as serum

**Directionality**

Relating to or indicating the direction a drop of blood traveled in space from its point of origin.

❖ *The directionality of a bloodstain or pattern which indicates the direction the blood was traveling when it impacted the target surface. Directionality of a blood drop's flight can usually be established from the geometric shape of the bloodstain.*

**Drawback Effect**

The presence of blood in the barrel of a firearm that has been drawn backward awing to the effect created by discharged gasses. This is seen frequently in close-range-contact gunshot injuries.

❖ *Blood in the barrel of a firearm that has been drawn backwards into the muzzle.*

**Drip Pattern**

Blood that drips into blood resulting in round, satellite blood spatters, 0.1-1.0 mm in diameter, around the periphery of the central bloodstain.

❖ *A bloodstain pattern, which results from blood dripping into blood.*

**Expired Blood**

❖ *Blood that is blown out of the nose, mouth or a wound as a result of air pressure and/or air flow which is the propelling force.*

**Flight Path**

❖ *The path of a blood drop, as it moves through space, from the impact site to the target.*

**Flow Pattern**

❖ *A change in the shape and direction of a bloodstain due to the influence of gravity, or movement of the object.*

p. 35 of 52

Attachment 1



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                                (916) 712-2891

**Forward Spatter**

Blood that travels in the same direction as the source of energy or force causing the
spatter.          Forward spatter is often associated with gunshot wounds at exit.

❖ *Blood which travels in the same direction as the source of energy or force which caused
the spatter.*

**High-Velocity Impact Spatter (HVIS)**

A bloodstain pattern caused by a high velocity force characterized by a mist-like dispersion
which, owing to the low density of the blood particles, has traveled only a short distance of
flight.  A high velocity impact is considered to be approximately 100 feet per second or
greater such as produced by gunshot and high-speed machinery.  Individual stains within
the mist-like dispersion are usually 0.1 mm or smaller in diameter but may be seen in
association with larger bloodstains.

❖ *A bloodstain pattern caused by high velocity impact/force to a blood source such as that
produced by* gunshot or high-speed machinery.

**Impact Pattern**

❖ *Bloodstain pattern created when blood receives a blow or force resulting in the random
dispersion of smaller drops of blood.*

**Impact Site**

The point on a bloody object or body, which receives a blow.  Often, impact site is used
interchangeably with point of origin.  Impact site also may refer to an area on the surface of
a target, which is struck by blood in motion.

❖ *That point where force encounters a source of blood.*

**Low-Velocity Impact Spatter (LVIS)**

Bloodstains produced on a surface when the blood source has been subjected to a low-
velocity force approximately five feet per second or less.

❖ *A bloodstain pattern that is caused by a low velocity impact/force to a blood source.*

**Medium-Velocity Impact Spatter (MVIS)**

Bloodstain produced on a surface when the blood source has been subjected to a medium
velocity force between approximately five and twenty-five feet per second.



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                           (916) 712-2891

---

❖ *A bloodstain pattern caused by a medium velocity impact/force to a blood source.  A beating typically causes this type of pattern*

**Misting**

❖ *Blood that has been reduced to a fine spray, as a result of the energy or force applied to it.*

**Parent Drop**

A drop from which a wave cast-off or satellite spatter originates

❖ *A drop of blood from which a wave, cast-off, or satellite spatter originates*

**Passive Drop (Bleeding)**

❖ *Bloodstain drop(s) created, or formed by the force of gravity acting alone.*

**Point (Area) of Origin**

A point to which a bloodstain pattern can project.  This point is determined by tracing the long axis of well-defined bloodstains within the pattern back to a common point, or source.

❖ *The common point (area) on a two dimensional surface, over which the directionality of several blood drops can be retraced.*

**Projected Blood Pattern**

A pattern created when a force other than low velocity impact acts upon a quantity of blood approximately 0.10 ml., or greater

❖ *A bloodstain pattern that is produced by blood released under pressure as opposed to an impact, such as arterial spurting.*

**Ricochet**

❖ *The deflection of blood after impact with a target surface that results in staining of a second target surface.*

**Satellite Spatter**

Small droplets of blood that are projected around, or beside a drop upon impact with a surface.  A wave cast-off is also considered a form of satellite spatter.

❖ *Small droplets of blood that are distributed around a drop or pool of blood as a result of the blood impacting the surface.*

**Perimeter Stain**

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

---

❖ *A bloodstain that consists of only its outer periphery, the central area having been removed by wiping or flaking after liquid blood has partially or completely dried.*

**Spatter**

❖ *That blood which has been dispersed as a result of force applied to a source of blood. Patterns produced are often characteristic of the nature of the forces which created them.*

**Secondary Splash or Ricochet (see Ricochet)**

The direction of large volumes of blood after impact with a target surface to another target surface.

**Serum Stain**

A clear, yellowish stain with a shiny surface, often appearing around a bloodstain after the blood has retracted due to clotting.

**Smudge**

A bloodstain that has been distorted to a degree so that further classification is not possible.

**Spine**

The pointed edge characteristics that radiate away from the center of a bloodstain. Their formation depends upon impact velocity and surface texture.

❖ *The pointed, or elongated stains which radiate away from the central area of a bloodstain.*

**Splash**

A stain pattern created by a low velocity impact upon a quantity of blood approximately 0.1 ml., or greater striking the surface.

**Swipe or Smear**

The transfer of blood onto a surface not already contaminated with blood. One edge is usually feathered which may indicate the direction of travel.

❖ *The transfer of blood from a moving source onto an unstained surface. Direction of travel may be determined by the feathered edge.*

**Target**

A surface upon which blood has been deposited.

Attachment 1



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                    (916) 712-2891

**Transfer / Contact Pattern**

❖ *A bloodstain pattern created when a wet, bloody surface comes in contact with a second surface.  A recognizable image of all or a portion of the original surface may be observed in the pattern.*

**Terminal Velocity**

The maximum speed to which a free-falling drop of blood can accelerate in the air which is approximately 25.1 feet per second.

**Transfer Pattern**

A contact bloodstain created when a wet, bloody surface contacts a second surface.  A recognizable mirror image or at least a recognizable portion of the original surface may be transferred to a second surface.

**Void**

❖ *An absence of stains in an otherwise continuous bloodstain pattern.*

**Wave Cast-Off**

A small blood droplet that originates from a parent drop of blood due to the wave like action of the liquid in conjunction with striking a surface at an angle less than 90˚.

**Wipe**

A bloodstain created when an object moves through existing bloodstains removing and/or altering the appearance.

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

## Qualifications / Curriculum Vitae

### Curriculum Vitae

BRIAN E. KENNEDY

2323 SW Park Place, Unit 805

Portland, OR 97205-1039

Cell 916-712-2891

**SUMMARY:**  *Bloodstain Pattern Analysis and Crime Scene Reconstruction*

BRIAN KENNEDY IS A PRIVATE CONSULTANT IN BLOODSTAIN PATTERN ANALYSIS AND CRIME SCENE RECONSTRUCTION.

❖ HAS TESTIFIED AND HIS QUALIFICATIONS AS A BLOODSTAIN PATTERN ANALYST AND SENIOR CRIME SCENE ANALYST HAVE BEEN ACCEPTED IN CRIMINAL AND CIVIL MATTERS HEARD IN CALIFORNIA, AND NEVADA SUPERIOR COURTS.

❖ HAS WORKED OR BEEN CONSULTED IN OVER TWO HUNDRED SCENES INVOLVING BLOODSTAIN PATTERN INTERPRETATION.

❖ HAS LECTURED FOR UNIVERSITIES AND CERTIFIED IN-SERVICE TRAINING COURSES ON CRIME SCENE RECONSTRUCTION THROUGH BLOODSTAIN PATTERN INTERPRETATION IN CALIFORNIA, COLORADO, HAWAII, OREGON, OKLAHOMA, NEVADA, NEW MEXICO, NEW YORK, TEXAS, WASHINGTON AND; MONTREAL, OTTAWA AND EDMONTON CANADA.

❖ HAS ATTENDED BASIC, INTERMEDIATE, AND ADVANCED SEMINARS ON THE EVIDENTIARY VALUE OF BLOODSTAIN PATTERNS, AND HAS TRAINED WITH THE ROYAL CANADIAN MOUNTED POLICE.  HE HAS BEEN CERTIFIED AS A SENIOR CRIME SCENE ANALYST BY THE INTERNATIONAL ASSOCIATION FOR IDENTIFICATION.

❖ HOLDS A BACHELOR OF ARTS DEGREE IN POLICE SCIENCE AND ADMINISTRATION FROM CSU SACRAMENTO AND A MASTER OF SCIENCE, FORENSIC SCIENCE IN ADVANCED INVESTIGATIONS FROM THE UNIVERSITY OF NEW HAVEN.

BRIAN KENNEDY IS A RETIRED SERGEANT FROM THE SACRAMENTO COUNTY SHERIFF'S

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                  (916) 712-2891

---

DEPARTMENT, SACRAMENTO, CALIFORNIA. MR. KENNEDY WAS A PEACE OFFICER IN THE STATE OF CALIFORNIA FROM 1971 TO 2002, SERVING WITH THE SONOMA COUNTY SHERIFF'S OFFICE BEFORE TRANSFERRING TO THE SACRAMENTO COUNTY SHERIFF'S DEPARTMENT IN 1977. BRIAN WAS A CRIME SCENE INVESTIGATOR IN THE IDENTIFICATION BUREAU FOR ALMOST FIVE YEARS BEFORE A TEN YEAR ASSIGNMENT TO THE DETECTIVE DIVISION. SINCE RETIRING, BRIAN HAS BEEN EMPLOYED AS AN ADJUNCT PROFESSOR AND FACULTY ADVISOR BY UNION INSTITUTE & UNIVERSITY AND CONTINUED TO LECTURE AND CONSULT AS A BLOODSTAIN PATTERN ANALYST.

## RESUMÉ OF QUALIFICATIONS

### BRIAN E. KENNEDY

2323 SW Park Place, Unit805

Portland, OR  97205-1039

Cell: (916) 712-2891

## SUMMARY OF QUALIFICATIONS:

Has provided services as a Bloodstain Pattern Analyst, Forensic Consultant, Lecturer and Instructor since 1987. Retired as a Senior Sergeant on a watch of 80 personnel, January, 2002... Has worked in an administrative capacity, line supervisor and Watch Commander... Previous detective and patrol experience that includes supervision and direction of other officers and multiple agencies at crime scenes... Responsibility as bailiff, coroner, and intake officer at correctional facility... Member of the Sheriff's Advisory Board... Drafted bureau level budgets... Managed multi-jurisdictional investigations.

Experienced as Special Services Unit member, a tactical reaction team... Interstate extradition and transportation of prisoners... Special background in Identification Bureau of the Sacramento County Sheriff's Department... Court qualified expert, lecturer and instructor in Bloodstain Pattern Analysis... formerly Certified Senior Crime Scene Analyst...

Attachment 1



**Bloodstain Pattern Analysis & Forensic Consulting**

Portland, Oregon                                                                (916) 712-2891

Familiar with aspects of patrol duties...  Service of warrants... Courtroom procedures and civil processes...  Special activity as author/producer of training videotape used by the Department...

Public relations duties that include representation of the Department at public functions... Addressing civic groups...  Development and presentation of seminars for other agencies...

Consistently commended for performance in emergency situations, especially the ability to quell disturbances and control potentially violent confrontations...  Recipient of several Unit Citations and numerous letters of appreciation from citizens' groups, and, commendations from Division Commanders...  Advanced P.0.S.T. Certification.

**Professional Background:**

**1987- Present:**    BLOODSTAIN PATTERN ANALYST & FORENSIC CONSULTANT

Provide forensic services to law enforcement agencies and the courts in the discipline of Bloodstain Pattern Analysis and Crime Scene Reconstruction.  Lecture and teach in-service and university level courses in the assessment and documentation of Bloodstain Pattern Evidence.  Reserve Deputy Sheriff after retirement.

**1997- 2002:** SACRAMENTO COUNTY SHERIFF'S SERGEANT:

Assigned to the Main Jail Division, the senior Sergeant of the Watch.  The Watch is comprised of approximately eighty sworn and civilian personnel.  Worked in an administrative capacity, scheduling shift assignments and training, supervising the training of new employees, and generating monthly Divisional reports.  As a line supervisor, had direct supervision of, and evaluations of twenty sworn officers working security-housing units, including the women's



# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                      (916) 712-2891

_____

housing units and the maximum-security unit.  In the absence of the Watch Commander, had the responsibility of the Watch.  Retired January 31, 2002.

**1977-1997:**   SACRAMENTO COUNTY DEPUTY SHERIFF:

Assigned to Detective Division, Child Abuse Bureau, and Robbery/Theft Bureau, Wrote the 1987/88 and 1988/89 Bureau budgets for Robbery/Theft Bureau. Served on the Sheriff's Advisory Board.  Received specialized training and experienced in high technological crime and sex offenders.  Trained and experienced in interviews and interrogations.  Experienced in livestock theft investigations.

Prior to the Detective Division, was assigned to Identification Bureau where forensic investigative skills assisted in the resolution and prosecution of numerous homicides, burglaries, robberies and other offenses... Trained and experienced as a Bloodstain Pattern Analyst.  Solicited to CSI from Patrol by Technical Services Administration... responsibilities included direction of other officers in crime scene protection and procedures, witness interviews, and control of hightension situations...  Patrol supervisor stated his regrets regarding the transfer, but commended the personal initiative displayed...  Trained and supervised reserve Sheriff's officers and interns...  In addition to representing the Department at civic functions, made presentations to citizens' groups, Boy and Girl Scouts, etc....  Developed and delivered seminars on Crime Scene Investigations and Bloodstain Pattern Analysis to personnel of other governmental agencies in California, Oregon, Washington, New York, Nevada, New Mexico, Colorado, Texas, Oklahoma, Hawaii and Canada...

Authored, directed, and produced two training videotapes, used by Sacramento County Main Jail and Basic Academy...  Department of Justice has reviewed tapes as a resource for development of its own film.

**1971-1977:**   SONOMA COUNTY DEPUTY SHERIFF-CORONER:

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                    (916) 712-2891

---

Last assignment before transfer to Sacramento was as Patrol Officer for an area of approximately 175 square miles...  Working independently, was responsible for emergency response and investigation of criminal actions...  Service of warrants and civil processes and acceptance of bail in the field...  Investigations and notifications related to death scenes.

Assigned to Special Services Unit, a Tactical Reaction team for riot control and emergency situations...  Worked Special Security and Bailiff in Municipal and Superior Courts...  Responsible for transportation of prisoners to and from correctional facilities and agencies, as well as interstate extraditions...  Correctional experience included supervision of 90 prisoners at Sonoma County Honor Farm, and assignment to the Internal Movement and Security Detail at the Main Jail.

**1966 - 1973:** SERGEANT, U.S. MARINE CORPS RESERVE.

Responsible for supervision, direction, and training of enlisted personnel at platoon level...

Military specialties: Basic Infantryman, Amphibious Tractor Crew Chief, Armored Amphibious Tractor Crewman, and Motor Transport Maintenance.

---

**Education:**

BACHELOR OF ARTS - Police Science and Administration:
California State University, Sacramento, California, 1971
MASTER OF SCIENCE / FORENSIC SCIENCE – Advanced Investigations:
University of New Haven, Connecticut - Sacramento Campus, 2002

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                          (916) 712-2891

SUPPLEMENTAL COURSES:

City College of San Francisco – A.A. General Education

University of San Francisco – general subject matter

Santa Rosa Community College – Law Enforcement/Accident Investigation

American River Community College – In-Service Training

Sacramento City College – In-Service Training

California State University, Long Beach – Field Evidence Technician

Elmira College, New York (Graduate Studies) –Bloodstain Pattern Analysis

College of the Redwoods – Livestock Theft Investigation

Carlton University, Ottawa, Canada – Physics and Mathematics of Bloodstain Patterns

**Special Certification & Training:**

P.O.S.T. CERTIFICATES:    Basic, #B8362

Intermediate

Advanced, #A3582

☐   Certified Senior Crime Scene Analyst, International Association for Identification, 08-06-1990.

☐   The California Community Colleges Limited Service Credential #232122, Subject: Police Science, Issued: 12/18/1980

☐   P.O.S.T. Certified Instructor; California, Nevada, Oregon

☐   Basic Police Academy, Santa Rosa Junior College, Santa Rosa, CA (12-10-1971)

☐   NonLethal Chemical Agents #1881, Santa Rosa Community College (12-11-1971)

☐   Defensive Tactics #508, Santa Rosa Community College  (06-01-1972)

☐   Emergency Driving, Sonoma County Sheriff  (05-09-1974)

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                    (916) 712-2891

---

☐   Advanced First Aid & Emergency Care, 72 hrs.  (10-24-1974)

☐   Jail Operations, C.J.T.C., Sacramento  (04-15-1977)

☐   Basic Fingerprint Classification School, California D.O.J.  (01-16-1981)

☐   Bahn Fair Crime Scene Investigation School  (02-27-1981)

☐   Field Evidence Technician School, California State University, Long Beach  (08-25-1981)

☐   Innovative Crime Scene Investigations Seminar, National Law Enforcement Institute
      (03-04-1983)

☐   Bloodstain Evidence, San Francisco, CA  (01- 13-1984)

☐   Bloodstain Pattern Interpretation Work Shop, Northern California Criminal Justice Training
      Center.  (06-07-85)

☐   Advanced Institute on the Physical Significance of Bloodstain Evidence, Corning, N.Y.
      Presented two case studies   (11-15-1985)

☐   Behavior Analysis, Interview & Interrogation Techniques; Behavior Analysis Training
      Institute, N.C.C.J.T. & Ed. System  (08-08-1986)

☐   Drug Influence  11550 H&S; Cal. D.O.J.  (11-06-1986)

☐   Livestock Theft Investigation; College of the Redwoods, Eureka, CA  (04-03-1987)

☐   Advanced Institute on the Physical Significance of Bloodstain Evidence, Corning, N.Y.;
      Invited Speaker  (11-12-1987)

☐   Narcotic Enforcement for Peace Officers; Cal. D.O.J.  (01-21-1988)

☐   Livestock Theft Investigation and Prevention, Reno, NV (03-12-1988)

☐   Advanced Seminar on Bloodstain Pattern Analysis and Forensic Investigation:  Case
      Presentation, IABPA, Denver, Colorado - Presenter  (11/17-19/1988)

☐   Special Surveillance Equipment; Cal. D.O.J.  (03-03-1989)

☐   Livestock Theft Investigation and Prevention, Reno, NV (03-11-1989)

☐   Mathematics & Physics Involved in Bloodstain Pattern Interpretation R.C.M.P./Carlton
      University, Ottawa, Canada  (05/01-12/1989) (invitation only)

☐   Advanced Seminar - Bloodstain Pattern Analysis and Forensic Investigation:  Case
      Presentation, IABPA, Dallas, Texas  (12-02-1989)

☐   Canadian Identification Society, Annual Training Conference Ottawa, Canada
      (08/14-17/1990)

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                     (916) 712-2891

- ☐ Child Abuse/Sexual Assault Investigations; N.C.P.S.T. & Ed. Center (10/08-12/1990)

- ☐ Advanced Seminar on Bloodstain Pattern Analysis and Forensic Investigation,  IABPA/ Washoe County S.0., Reno, Nevada - Presenter  (11/0103/1990)

- ☐ California District Attorney's National Homicide Symposium VIII – Invited Speaker (04/15-19/1991)

- ☐ Advanced Seminar on Bloodstain Pattern Analysis and Forensic Investigation IABPA, Montreal, Canada - Presenter (O9/24-27/1991)

- ☐ Investigation and Prosecution of Computer Related Crimes; SEARCH Inc./I.B.M., San Francisco, CA.  (01/0610/1992)

- ☐ Search and Seizure of Computer Systems, SEARCH Inc., Sacramento, CA (03/0305/1992)

- ☐ Child Sexual Abuse; Giarretto Inst. & Gavilan College  (06-02-1992)

- ☐ Crime in the Information Age; Intel Corp., Folsom, CA  (08/18-19/1992)

- ☐ Advanced Seminar on Bloodstain Pattern Analysis and Forensic Investigation IABPA, Colorado Springs, CO  (09/24-26/1992)

- ☐ Pedophiles and Computer Technology, Bureau of Justice Assistance & SEARCH Group, Inc.; Sacramento, CA - Presenter  (09/30-10/1/1992) (invitation only)

- ☐ Pro-Active Investigations ("The Charm School") by Bruce Ackerman, U.S. Postal Service; Committee on Child Pornography & Obscenities, Fresno, CA  (12-08-1992)

- ☐ P.O.S.T. Institute of Criminal Investigation, Core Course (84 hrs.); Los Rios Community College District, Sacramento  (03-11-1994)

- ☐ Death Investigation (80 hrs.); Los Rios Community College District, Sacramento (04-01-1994)

- ☐ Ritual Abuse, (8 hrs.); Sacramento Sheriff's Department  (04-28-1994)

- ☐ Advanced Seminar on Bloodstain Pattern Analysis and Forensic Investigation (24 hrs.); Miami, Florida  (10-08-94)

- ☐ Association of Crime Scene Reconstruction and International Association of Bloodstain Pattern Analysts Joint Training Conference; Oklahoma City, Oklahoma  (10/05-07/1995)

- ☐ Sheriff's Training Officer School, Sacramento County Sheriff's Training Academy, Sacramento, CA  (12/04-08/1995)

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

---

- ☐ Joint Training Conference of the International Association of Bloodstain Pattern Analysts and the Association of Crime Scene Reconstruction; Albuquerque, New Mexico (10/07-09/1996)

- ☐ Basic Supervisor Course, 80 hours, Sacramento City College, Public Safety Center (03-07-1997)

- ☐ Jail Management Seminar, 40 hours, San Diego County Sheriff's Department (05-09-1997)

- ☐ High Technology Crime Investigation Association, National Training Conference, South Lake Tahoe, California  (10/27-29/1997)

- ☐ Joint Training Conference of the International Association of Bloodstain Pattern Analysts and the Association of Crime Scene Reconstruction; Seattle, Washington  - Invited Speaker (11/04-08/1997)

- ☐ Toronto Police Service Forensic Identification Services, and International Association of Bloodstain Pattern Analysts 1998 Joint Conference  (09/28/1998 - 10/02/1998)

- ☐ PEER Support, Sacramento County Sheriff's Dept., CA (08/02/99 - 08/04/99)

- ☐ Basic Critical Incident Stress Management, International Critical Incident Stress Foundation, Sacramento, CA (09/23-24/1999)

- ☐ Basic Hostage Negotiations, San Jose State University, Los Gatos, CA (3/13-17/2000)

- ☐ California POST Institute of Criminal Investigation, Instructor's Workshop, Burlingame, CA (7/25-27/2000)

- ☐ International Association of Bloodstain Pattern Analysts Annual Training Conference, Tucson, AZ (10/3-6/2000)

- ☐ International Association of Bloodstain Pattern Analysis Annual Training Conference, Tucson, AZ (October 3-4-5, 2001)

- ☐ International Association of Bloodstain Pattern Analysis Annual Training Conference, Harrisburg, PA (October 2-3-4, 2002)

- ☐ Bloodstain Pattern Recognition Course, Northwest Bloodstain Pattern Association, Edmonton Alberta, Canada – Instructor/Facilitator (May 5 to May 9, 2003)

- ☐ International Association of Bloodstain Pattern Analysis Training Conference, Tucson, AZ (October 6-7-8-, 2004)



Portland, Oregon                                           (916) 712-2891

---

☐   International Association of Bloodstain Pattern Analysis Training Conference, Santa Barbara, CA (October 5-6-7, 2005)

☐   International Association of Bloodstain Pattern Analysis Training Conference, Corning, NY (October 18-19-20, 2006)

☐   International Association of Bloodstain Pattern Analysis Training Conference, San Antonio, TX (October 1-2-3-4, 2007)

☐   POST Instructor Symposium 2008, San Diego Regional Training Center, (March 25-28, 2008)

☐   International Association of Bloodstain Pattern Analysis Training Conference, Boulder, CO (October 7-8-9-10, 2008)

    Attended workshops in Complex Patterns, Photography, High Speed Video

☐   POST Instructor Symposium 2009 – ICI, San Diego Regional Training Center, San Mateo, CA (May 26 – 29, 2009)

☐   International Association of Bloodstain Pattern Analysis Training Conference, Portland, OR. (October 6 – 9, 2009)

    Attended workshops in the use of "Poser" software and "Backtrack" software.

---

**Lectures:**

- Bloodstain Pattern Analysis and Reconstruction – Institute of Criminal Investigation, Homicide Course, San Jose State University (recurrent).

- Bloodstain Pattern Analysis and Reconstruction – Basic Homicide Investigation Course, San Jose State University (recurrent).

- Interview and Interrogation – Institute of Criminal Investigation, Core Course, California State University, Sacramento (recurrent)

- Examination of Bloodstains on Fiber and Clothing; and, monitored experiments and performed student evaluations at the Bloodstain Pattern Recognition Course, Northwest Bloodstain Pattern Association, Edmonton Alberta, Canada (May 5 to May 9, 2003)

Attachment 1



# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                                    (916) 712-2891

---

- Bloodstain Pattern Work Shop at the Joint Training Conference of the International Association of Bloodstain Pattern Analysts and the Association of Crime Scene Reconstruction; Seattle, Washington  (November 4-8, 1997)
- "Bloodstain Pattern Evidence", C.D.A.A. Forensic Evidence Seminar, South Lake Tahoe, CA (October, 1993)
- "Bloodstain Pattern Evidence", C.D.A.A. Forensic Evidence Seminar, Costa Mesa, CA (April 810, 1992)
- "Lecture Techniques, and Visual Aids"; Advanced Seminar on Bloodstain Pattern Analysis and Forensic Investigation; IABPA, Montreal, CANADA (September 2527, 1991)
- "Applications of Bloodstain Evidence", California Association of Licensed Investigators' 24th Annual Conference; Incline Village, Nevada  (June 1215, 1991)"Interpretation of Bloodstain Patterns by Computer Graphics" - California Department of Justice, Bureau of Forensic Services' *STEP '9O*;; Red Lion's Sacramento Inn, Sacramento, CA (May 30, 1990)"Bloodstain Pattern Evidence", Forensic Evidence Seminar, C.D.A.A.; Shell Beach, San Luis Obispo, CA. (October 18, 1990)
- Case Presentation, Admission of Computer Graphics in Court - Advanced Seminar on Bloodstain Pattern Analysis and Forensic Investigation; IABPA, Denver, Colorado (November 1719, 1988)
- "Bloodstain Pattern Evidence", 73rd Annual Educational Conference, International Association for Identification, July, 1988.
- "Bloodstain Pattern Evidence", Advanced Criminal Investigation Course, California State University, Sacramento, April, 1988.
- "Innovative Developments Through The Use of Computers in Bloodstain Pattern Interpretation" - Advanced Institute on the Physical Significance of Bloodstain Evidence, Corning, N.Y., November, 1987.
- Physical Significance of Bloodstain Evidence at the *National Homicide Symposium* sponsored by the California District Attorney's Assoc., Anaheim, California, April, 1987.
- "Introductory Seminar on the Physical Significance of Bloodstain Evidence" - Minden, Nevada, February, 1986.  Nevada P.O.S.T approved the course of instruction

Attachment 1

# Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                                                (916) 712-2891

- Two Case studies of a homicide and attempted homicide to the Advanced Institute on the Physical Significance of Bloodstain Evidence, Corning, N.Y., November, 1985
- Two four hour workshops, *Crime Scene Reconstruction Through Bloodstain Pattern Analysis*, to Prosecutors and Police Officers, Hilo, Hawaii County, HW - April 13, 200
- "Tribute To First Responders And The Team That Follows", IABPA Annual Training Conference, Portland, OR. - October 9, 2009

**Professional Groups and Acticvities:**

MEMBER - International Association of Bloodstain Pattern Analysts [Vice Pres., Region I (1989 & '90); Sect./Treas. (1987); Sgt. at Arms (1986, '91, '92, 2001, '02, '03, '04, '05, '06, '07, & '08)]

MEMBER - International Association for Identification (Life Member)

Past Member, California Homicide Investigators' Association

Past Member, Association of Crime Scene Reconstruction

Former Adjunct Faculty Member:

San Jose State University

California State University, Sacramento

Sacramento Safety Center, Los Rios Community College District.

Attachment 1



## Bloodstain Pattern Analysis & Forensic Consulting

Portland, Oregon                                                    (916) 712-2891

---

### Recent Court Testimony

Though I have continued to consult since moving to Portland, Oregon (December 2019) all matters have been settled and testimony has not been required.

---

### Fee Schedule

When engaged to assist in this case by Mr. Campbell it was agreed that I would receive a compensation of $400.00 per hour portal to portal plus expenses.

I have reviewed the contents of this report and believe it accurately summarizes the conclusions and opinions reached, and provides the methodology and evidentiary value of the evidence that is the basis of the conclusions expressed.  Should new evidentiary materials be provided, the opinions and conclusions in this report may modify the conclusions and opinions of this report and will be reflected with an addendum to the report.

Brian E. Kennedy
Bloodstain Pattern Analysis & Forensic Consulting