Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

To:        Andrew Campbell
           Heltzel Williams PC
           117 Commercial Street NE
           Fourth Floor, PO Box 1048
           Salem, OR 97308-1048

From:      Rocky Edwards and Heather Heider, Investigators
           Rock Forensics, Inc.
           160 W. Foothill Parkway #105-190
           Corona, CA  92882

Date:      November 4, 2024

Subject:   Castillo v. City of Salem, OR
           Case No. 6:2022cv00684

## INTRODUCTION

This comprehensive evaluation is being submitted by Rocky Edwards (Edwards) and Heather Heider (Heider) of Rock Forensics, Inc.

## SCOPE OF INVESTIGATION

Rock Forensics, Inc. was requested to evaluate and report findings regarding the Friday, July 9, 2021, Officer Involved Shooting (OIS) that occurred inside the residence located at 3796 June Avenue NE in Salem, Oregon. Specifically, Rock Forensics, Inc. was asked to evaluate the physical firearm-related evidence in this matter and determine if the recovered firearm-related evidence was consistent with the statements of the involved officer. This evaluation was based upon the below listed investigative materials provided.

## INVESTIGATIVE MATERIALS REVIEWED

| Files and Folders |
| --- |
| Allrise Animation Videos (3) |
| Crime Scene Photos |
| Nathan Bush Testimony |
| Crime Scene Photos, Videos, Report, Nest Surveillance |

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

| |
|---|
| Medical Examiner & Autopsy Materials & Deposition Testimony |
| Police Reports |
| Lt. Jeff Barratt Testimony |
| Faro Scan |
| Interview (Others) |
| Interview (Parents) |
| Officer Processing |
| Photos from EFC Site |
| Reports |
| 2023-12-14 EFC - Castillo Report FINAL.pdf |
| Amended Complaint.pdf |
| Collect casing found by Alvardo at June Ave- Det. Geark.pdf |
| COS 005399-COS 005409.pdf |
| Ofc. Bush OSP Interview |
| 2023_12_14_EFC___Castillo_Report_FINAL.pdf |
| Castillo v.Bush_Salem BPA.01.pdf |

INCIDENT SYNOPSIS

In the nighttime hours of July 9, 2021 Salem Police Officer Nathan Bush responded to a call of a domestic disturbance where he encountered Arcadio Castillo III (Castillo). An officer-involved shooting occurred resulting in Castillo's death.

INVESTIGATIVE PROCESS

Rock Forensics, Inc. conducted a detailed evaluation of all investigative materials provided. A firearm-related evaluation and review were completed.

Scene

1.  The OIS occurred in the entry doorway of a residential home located at 3796 June Avenue NE in Salem, Oregon.

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

---

a.  The home was a single family, two-story, 1,182 ft² residence located in a predominantly residential neighborhood positioned between Interstate 5 to the west and a commercial business district to the east. The house lot was approximately 9,583 ft² in size and occupied the southwest corner of the intersection of June Avenue NE and Coral Avenue NE. The home had four (4) bedrooms and a single bathroom. *[Crime scene report and canvass- Det. Yoder Pg. 3 para 3]*



Graphic (above) is a visual approximation of the location of the OIS scene within the greater Salem, OR area. The graphic uses a Google Maps underlay.

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684



> Graphic (above) is a visual approximation of the interior measurements of location of the OIS scene as per the internal measurements of the Faro Zone Viewer. The graphic uses Salem OIS 2D.far as an underlay.

2.  The weather conditions at the time of the OIS were fair with an approximate temperature of 71° F and 57% humidity,
    *[https://www.wunderground.com/history/daily/us/or/salem/KSLE/date/2021-7-9]*

3.  As per the scene photos and provided video evidence, the OIS occurred during nighttime hours, but inside a residential home lit with ambient artificial lighting.

4.  The following firearm-related evidence was collected from the scene:

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

| Item No. | Description | Location Recovered from | Source |
|---|---|---|---|
| 1 | (01) Discharged Speer 9mm Luger Cartridge Case | Front Porch | IMG_8220.JPG |
| 2 | (01) Discharged Speer 9mm Luger Cartridge Case | Front Porch | IMG_08221.JPG |
| 3 | (01) Discharged Speer 9mm Luger Cartridge Case | Front Porch | IMG_8223.JPG IMG_8224.JPG |

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

| Item No. | Description | Location Recovered from | Source |
|---|---|---|---|
|  | |  |  |
| 4 | (01) Discharged Speer 9mm Luger Cartridge Case<br>**[Photo Unavailable]** | Located by Castillo's family members on the front porch and given to Detective Geark. | Crime Scene Report.pdf, p. 4 [Collect casing found by Alvardo at June Ave- Det. Geark.pdf} |

5. A bullet defect was located on the exterior side of the home's front door approximately 3'6" feet high (as per measurements taken within the Faro SCENE 2go software, scan SP21192766).

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684





Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

___

Arcadio Castillo ("Castillo")

1.  At the time of the OIS, Castillo was described as a 23-year-old male adult (DOB: 03/27/1998) who was 5'8" tall and weighed approximately 181 lbs. *[Autopsy Report by Nelson, p. 3]*

2.  As seen in the crime scene photographs, at the time of the OIS, Castillo was wearing black shorts, no shirt, and his feet were bare.

3.  Three (3) knives, each with apparent blood, were recovered from the interior of the home inside or adjacent to the front living room.





___

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

 

4.  During the autopsy, the pathologist identified four (4) gunshot wounds (GSWs) labeled 1 - 4 by the pathologist.

## GSW #1 (Mid-Chest) - **Penetrating**

1.  As described by the pathologist, GSW #1 was a **penetrating** indeterminate range gunshot wound to Castillo's mid-chest.

    a.  The entrance wound was ⅜" in diameter with a ⅛" wide marginal abrasion from 9 to 3 o'clock.

    b.  No soot, searing, or stippling was observed in the surrounding skin or within the depths of the wound.

    c.  The wound path involved the sternum at the level of the fourth ribs, the heart, and the posterior medial left 10th intercostal space adjacent to the vertebral bodies.

    d.  The wound path direction was from **front to back, slightly right to left, and downward**.

    e.  A **bullet was recovered** from the subcutaneous tissues of the left back and later labeled **EF 9.**

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684



Graphic (above)): is for demonstrative purposes only, allowing the viewer to more easily visualize the approximate trajectory of GSW #1 as described by the pathologist during the autopsy. The trajectory rod placement is approximate; using a combination of the autopsy photos and the written description of the bullet path through the body. The graphic does not represent the possible positions of Castillo's body during the OIS and represents only the anatomical position of his body during autopsy.

 

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

## GSW #2 (Left Chest Wall and Arm) - Perforating

2. As described by the pathologist, GSW #2 was a **perforating** indeterminate range gunshot wound to Castillo's left upper chest with involvement of the left medial bicep.

   a. The entrance wound was ⅜" in diameter with a ⅛" wide marginal abrasion from 7 to 1 o'clock.

   b. No soot, searing, or stippling was observed in the surrounding skin or within the depths of the wound.

   c. The wound path involved the pectoralis muscle, axillary muscles, and soft tissues of the chest and the medial left bicep.

   d. While in the chest, the wound path coursed **right to left, front to back, and downward**.

   e. An exit defect in the left axilla was observed and measured 1.125 x 0.5".

   f. A .5 x 0.5" re-entrance gunshot wound was located in the medial bicep.

   g. The wound path coursed **right to left, front to back, and slightly downward.**

   h. A secondary exit gunshot wound was located in the posterior left tricep and was described as V shaped and approximately 0.5 x 0.5" in size.

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684



Graphic (above)): is for demonstrative purposes only, allowing the viewer to more easily visualize the approximate trajectory of GSW #2 as described by the pathologist during the autopsy. The trajectory rod placement is approximate; using a combination of the autopsy photos and the written description of the bullet path through the body. The graphic does not represent the possible positions of Castillo's body during the OIS and represents only the anatomical position of his body during autopsy.

## GSW #3 (Right Arm and Chest) - Penetrating

3. As described by the pathologist, GSW #3 was a **penetrating** indeterminate range gunshot wound to Castillo's upper lateral arm with involvement of the right chest.

   a. The entrance wound was ⅜" in diameter with a ⅛" wide marginal abrasion from 4 to 10 o'clock.

      i. During deposition, the pathologist described "red marks" immediately above the entrance wound and opined "that something else struck his skin beside the bullet immediately above the hole" *[Depo Transcript_Nelson.pdf, p. 19, lines 12-22]*.

      ii. The pathologist opined that these injuries may be consistent with debris associated with the bullet having passed through another object prior to striking Castillo *[Depo Transcript_Nelson.pdf, p. 19]*.

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

iii.  The pathologist further opined that the entrance wound was "...a little more ragged than your typical entrance wound, which tends to happen when something passes through another object, or heavy clothing even, before it hits the body" *[Depo Transcript_Nelson.pdf, p. 20, lines 2-5].*

b.  No soot, searing, or stippling was observed in the surrounding skin or within the depths of the wound.

c.  The wound path involved perforation of the right bicep muscle with re-entry at the right chest adjacent to the 4th rib, the upper lobe of the right lung, the aorta, the space between the lungs ("mediastinum"), and the superior portion of the lobe of the left lung.

d.  The wound path coursed **right to left, slightly front to back, and slightly downward**.

e.  A **bullet** was recovered from the left chest wall and later labeled **EF 10**.

i.  During his deposition, the pathologist observed that EF 10 had likely passed through another object before it struck Castillo. The bullet had "...not deformed a lot, at least not with a typical mushrooming pattern, indicating that the precut parts of the jacket around the hollow point were somehow crimped together by hitting something hard before it penetrated very far into the body" *[Depo Transcript_Nelson.pdf, p. 24, lines 11-20].*

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684



<u>Graphic (above)):</u> is for demonstrative purposes only, allowing the viewer to more easily visualize the approximate trajectory of GSW #3 as described by the pathologist during the autopsy. The trajectory rod placement is approximate; using a combination of the autopsy photos and the written description of the bullet path through the body. The graphic does not represent the possible positions of Castillo's body during the OIS and represents only the anatomical position of his body during autopsy.





Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

## GSW #4 (Abdomen and Left Hip) - Perforating

4. As described by the pathologist, GSW #4 was a **perforating** indeterminate range gunshot wound of the mid-left abdomen with involvement of the left hip.

   a. The entrance wound was ⅜" in diameter with a ¼" wide marginal abrasion from 10 to 2 o'clock.

   b. No soot, searing, or stippling was observed in the surrounding skin or within the depths of the wound.

   c. The wound path involved the superficial perforation of the abdominal wall fatty tissues.

   d. The wound path coursed **slightly right to left**.

   e. A "splitting" gunshot exit wound was located in the lower left abdomen above the inguinal ligament and measured 1 x 0.75" *[Autopsy Report by Nelson, p. 6]*.

   f. A "ragged, re-entrance gunshot wound" was located just below the left inguinal ligament and measured 0.875 x 0.75". *[Autopsy Report by Nelson, p. 6]*

   g. A superficial perforating gunshot wound through the fatty tissues of the front, side upper left hip had the directionality of **downward, right to left, and front to back**.

   h. A secondary gunshot wound exit of the lateral top anterior left hip that measured ⅜" was also observed.

   i. During his deposition, the pathologist opined that the wound path was consistent with Castillo having been bent at the waist or hip at the time he sustained GSW #4. Per the pathologist, this would be possible if Castillo had been falling forward as he was shot *[Depo Transcript_Nelson.pdf, p. 33-4, lines 32-1]*.

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684



Entrance
Exit
Re-Entry
Re-Exit

> Graphic (above)): is for demonstrative purposes only, allowing the viewer to more easily visualize the approximate trajectories of GSW #4 as described by the pathologist during the autopsy and deposition. The trajectory rod placements are approximate. The graphic uses an underlay of the Exhibit 42 from Pathologist Nelson's deposition. The graphic does not represent the possible positions of Castillo's body during the OIS and represents only the anatomical position of his body during autopsy.

## Officer Nathan Bush ("Bush")

1. At the time of the OIS, Bush was described as an adult male, (DOB: 01/30/1986) *[Officer processing KLE-1-18.pdf, p. 1]*

2. Per the reviewed photos, at the time of the OIS, Bush was wearing a dark blue Salem Police Department long-sleeve uniform and was right-handed *[IMG_9110, IMG_9112]*.

3. At the time of the OIS, Bush's service/duty firearm was a 9mm Luger caliber Glock model 17 Gen 5 semi-automatic pistol (SN: BRWB964) *[Officer processing KLE1-18.pdf., p. 1]*

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

a. During the OIS, Bush was firing Speer LE Gold Dot hollow point (GDHP), 124 grain, +P ammunition.

i. The manufacturer specifications for this ammunition are as follows:

*[https://le.vistaoutdoor.com/ammunition/speer/handgun/details.aspx?id=53617]*



Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

b. The manufacturer's listed ammunition capacity of Bush's firearm was 18 (17 in the magazine + 1 in the chamber). *[Officer processing KLE1-18.pdf. p. 1]*

c. A post-incident inspection of Bush's service/duty firearm revealed that it was loaded with a total of 15 rounds of 9mm Luger caliber ammunition (14 in the magazine + 1 in the chamber) *[Officer processing KLE1-18.pdf. p. 1]*.

<u>PROFESSIONAL OPINIONS</u>

A firearms-related evaluation was completed based upon a review of the provided documentation of the incident and inspection of the noted firearm-related evidence resulting in the following professional opinions:

1. The manufacturer's ammunition capacity of Officer Bush's Glock 9mm Luger in caliber, model 17 Gen 5 service/duty firearm was 18 (1 in the chamber and 17 in the magazine). The post-incident inspection of Officer Bush's service/duty firearm revealed a total of 15 cartridges left inside the firearm (1 in the chamber and 14 in the magazine). Four (4) 9mm Luger caliber discharged cartridge cases were recovered at the scene and Castillo sustained four (4) gunshot wounds. The evidence supports Bush having discharged his firearm four (4) times during the OIS.

   a. The mainspring of Officer Bush's magazine may have been weakened, allowing for an additional cartridge being loaded within it and therefore allowing for the the capacity of the firearm to increase by one (1) additional cartridge. This is common when the magazine is not unloaded regularly. This would further support Officer bush having fired a total of four (4) times *[Officer processing KLE1-18.pdf]*.

2. Castillo sustained a total of four (4) gunshot wounds, two (2) of which were perforating and two (2) were penetrating. Two (2) bullets (EF-9 and EF-10) were recovered during autopsy. Therefore, the bullets associated with the two (2) perforating gunshot wounds were not recovered during the post-incident scene processing.

3. The characteristics present in the bullet defect noted in the front door are consistent with a bullet traveling from the outside of the residence towards the inside.

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684



a. GSW #3, to Castillo's right upper arm with a re-entry trajectory laterally through his chest (right to left) has pseudo stippling surrounding the exterior of the entry wound. The bullet, EF-10, recovered from Castillo's left chest wall, did not expand as designed and is consistent with having struck an intermediary object prior to striking Castillo. Further, the pathologist described the entrance wound as "ragged" and inconsistent with a bullet in stable flight. In the limited universe of this OIS, the evidence supports that GSW #3 was the result of the bullet first striking the front door and then striking Castillo. The presence of pseudo stippling around GSW #3 is likely the result of wood debris from the front door striking Castillo's right upper arm. Therefore, Castillo must have been standing in close proximity to the front door when he sustained GSW #3 to have sustained the simultaneous pseudo stippling injuries to his right arm. This exact distance could not be determined.

4. As detailed by the pathologist during autopsy, none of the four (4) gunshot wounds exhibited evidence of soot, searing, or stippling. Therefore, all four (4) shots were from a distance where the muzzle of the firearm stopped producing such artifacts.

   a. In order to determine this distance more precisely, muzzle-to-target distance analysis would need to be performed utilizing Officer Bush's firearm and like ammunition.

5. The sequencing of Castillo's GSWs can not be determined with any scientific certainty, however based upon the wound path trajectory of GSW #4 (left

Forensic Firearm Evaluation Report
Castillo v. City of Salem, OR
Case No. 6:2022cv00684

abdomen and hip), Castillo was likely bent at the hip, waist, or both when he sustained this injury. This may coincide with the last shot fired as Castillo fell forward.



Graphic (above)): is for demonstrative purposes only, allowing the viewer to more easily visualize the approximate trajectory of GSW #4 as described by the pathologist during the autopsy and during deposition. The trajectory rod placement is approximate; using a combination of the autopsy photos and the written description of the bullet path through the body. The graphic represents the possible position of Castillo's body during the OIS.

6. The general locations of the recovered cartridge cases (outside the front entryway), the directionality of the aforementioned bullet defect (outside to inside) to the exterior of the front door, and the locations of the bloodstain evidence within the living room as per Castillo v. Bush_Salem.01.pdf, supports Officer Bush being at the front doorstep or just outside of it on the exterior front porch during the OIS.

Should additional information or material be available for review, Rock Forensics reserves the rights to modify these opinions accordingly.

| | |
|---|---|
| Rocky L. Edwards | 11/04/2024 |
| | Date |
| Heather Heider | 11/04/2024 |
| | Date |



**Rocky Edwards, Forensic Firearms Examiner**

Rock Forensics, Inc.
160 W. Foothill Parkway #105-190
Corona, CA  92882
(323) 216-1584

### Invoice Number

2024-00081OI.1

# INVOICE

Date Submitted                                     DUE
11/4/2024                                          NET 30

| Invoice for: | | Payable to: |
|---|---|---|
| ATTN: Andrew Campbell | | Rock Forensics, Inc. |
| Heltzel Williams PC | | Castillo v. City of Salem (OR) |
| 117 Commercial Street NE | | Case No. 6:22-cv-00684-MK |
| Fourth Floor PO Box 1048 | | |
| Salem, OR 97308-1048 | | |

| Description | | Hours | | Hourly Rate | | Total Price |
|---|---|---|---|---|---|---|
| 05/15/2024 - 09/27/2024: Material Review, Report Writing, Graphics, Conference Calls w/Client (refer to detailed timesheet) | | 41.76 | | $350.00 | | $14,616.00 |
| | | | | | | |
| | | | | | | |
| **HOURS** | | 41.76 | | **TOTAL** | | **$14,616.00** |

*Please make checks payable to:*
**Rock Forensics, Inc.**

EIN: 46-5615304

Attachment 2

2024-00081OI.1

| DESCRIPTION OF WORK | DATE | HOURS |
|---|---|---|
| Material Review and Intake | 5/15/2024 | 1 |
| Material Review | 5/17/2024 | 1.67 |
| Material Review | 5/21/2024 | 1.5 |
| Material Review and Intake (FARO DVD) | 5/22/2024 | 0.5 |
| Material Review/Report Writing | 6/3/2024 | 2 |
| Material Review and Upload (additional items) | 6/4/2024 | 1 |
| Material Review | 6/6/2024 | 1.33 |
| Material Review/Report Writing | 6/7/2024 | 0.75 |
| Material Review/Report Writing | 6/8/2024 | 5 |
| Material Review | 6/9/2024 | 2 |
| Material Review | 6/10/2024 | 3 |
| Material Review | 9/1/2024 | 4.42 |
| Material Review | 9/3/2024 | 5.58 |
| Material Review, Conference Call with Client | 9/4/2024 | 1 |
| Report Review | 9/5/2024 | 1.75 |
| Report Writing | 9/17/2024 | 1 |
| Report Writing | 9/21/2024 | 0.42 |
| Report Writing | 9/22/2024 | 2.42 |
| Report Writing | 9/23/2024 | 2.5 |
| Report Writing | 9/26/2024 | 0.5 |
| Report Review | 9/27/2024 | 1.75 |
| | | 41.09 |

Attachment 2

Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
        Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| **MISTY CASTILLO,** as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**, | ) ) ) | Case No. 6:22-cv-00684-MTK |
| | ) | **ATTACHMENT 2 (FIRST VIDEO)** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation, | ) ) | |
| | ) | |
| Defendants. | ) | |

PAGE BLANK

Attachment 2- Video entitled "Video City of Salem Recreation Animation Inside View"

Provided on thumb drive

Attachment 2

Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
        Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MISTY CASTILLO,** as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**, <br><br> Plaintiff, <br><br> v. <br><br> **NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation, <br><br> Defendants. | ) Case No. 6:22-cv-00684-MTK <br> ) <br> ) **ATTACHMENT 2 (SECOND VIDEO)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

PAGE BLANK

Attachment 2- Video entitled "Video City of Salem

Recreation Animation Over the Shoulder"

Provided on thumb drive

Attachment 2

Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
        Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| **MISTY CASTILLO,** as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**, | ) ) ) | Case No. 6:22-cv-00684-MTK |
| | ) | **ATTACHMENT 2 (THIRD VIDEO)** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation, | ) ) ) | |
| Defendants. | ) ) | |

PAGE BLANK

Attachment 2- Video entitled "Video City of Salem

Recreation Animation Top Down View"

Provided on thumb drive