Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
          Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MISTY CASTILLO,** as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**, <br><br> Plaintiff, <br><br> v. <br><br> **NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation, <br><br> Defendants. | ) Case No. 6:22-cv-00684-MTK <br> ) <br> ) **DEFENDANTS' EXHIBIT LIST** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to the trial court's Trial Management Order, Defendants hereby offer the

follow exhibit list that Defendants intend to offer at trial. This list does not include

rebuttal exhibits nor does it include impeachment exhibits.

| Number | Description | Offered? | Admitted? |
|---|---|---|---|
| 201 | 911 audio recording | | |
| 202 | Misty Castillo OSP interview transcript | | |

1 — DEFENDANTS' EXHIBIT LIST
ADC:mom/W:\CLIENTS\BU20705\001\01200555.DOCX

| Number | Description | Offered? | Admitted? |
|---|---|---|---|
| 203 | Misty Castillo OSP interview audio recording | | |
| 204 | Misty Castillo grand jury testimony transcript | | |
| 205 | Arcadio Castillo Jr. OSP interview transcript | | |
| 206 | Arcadio Castillo OSP interview audio recording | | |
| 207 | Arcadio Castillo Jr. grand jury testimony transcript | | |
| 208 | Photo: Misty Castillo injury of knee | | |
| 209 | Photo: Misty Castillo injury of hand | | |
| 210 | Animation A: "over the shoulder" perspective | | |
| 211 | Animation B: "overhead" perspective | | |
| 212 | Animation C: "interior 45 degree" perspective | | |
| 213 | Photo: autopsy bullet trajectory probe of left torso | | |
| 214 | Photo: autopsy bullet recovery location, left torso | | |
| 215 | Photo: autopsy bullet trajectory probe of center torso | | |
| 216 | Photo: autopsy bullet trajectory probe of left hip | | |

Dated this 13th day of January, 2025.

HELTZEL WILLIAMS PC

s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048, Salem, OR 97308
Phone No. (503) 585-4422
Fax No. (503) 540-6534
Email: andrew@heltzel.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DEFENDANTS' EXHIBIT LIST** on:

James M. Healy
Ronnie Lynn Sayer
The Gatti Law Firm
235 Front Street SE, Suite 200
Salem, OR 97301
Email: jhealy@gattilaw.com
      rsayer@gattilaw.com
Attorney for Plaintiff

Daniel B. Atchison
City of Salem, Legal Dept
555 Liberty Street SE
Salem, OR 97301
Email: datchison@cityofsalem.net
Attorney for Defendants

☐ By mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Salem, Oregon.

☐ By hand delivering to said attorney(s) a true copy thereof.

☑ By emailing to said attorney(s) at their above listed email address(es) a true copy thereof.

☑ By electronic filing with the District Court's CM/ECF system.  The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 13th day of January, 2025.

HELTZEL WILLIAMS PC


s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
Email: Andrew@heltzel.com