Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
        Attorney for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| **MISTY CASTILLO,** as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III,** ) ) ) | Case No. 6:22-cv-00684-MTK |
| ) | **DEFENDANTS' LAY WITNESS LIST** |
| Plaintiff, ) ) | |
| v. ) ) | |
| **NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation, ) ) ) | |
| Defendants. ) | |

Pursuant to the trial court's Trial Management Order, Defendants hereby offer the

follow lay witness list and statements that Defendants will call at trial. This list does not

include rebuttal witnesses nor does it include impeachment witnesses.

1. Tiffany Lynn (45 minutes)

    a. Tiffany Lynn is a detective with Oregon State Police. Det. Lynn was the

       primary interviewer of Misty Castillo ("Misty") in the early morning hours

1 – DEFENDANTS' LAY WITNESS LIST
ADC:mom/W:\CLIENTS\BU20705\001\01200382.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■FACSIMILE (503) 370-4302**

of July 10, 2021. Det. Lynn will testify about Misty's appearance (including her injuries), demeanor and her perceived mental state. Det. Lynn will testify that Misty stated on the evening of July 9, 2021, Castillo III was intoxicated by beer and high on marijuana. Misty told Det. Lynn that Castillo III was "passed out" but woke up angry and Misty overheard him fighting with his girlfriend over an internet call. Misty told Det. Lynn that she could hear Castillo III angrily calling her names like "a nigger and a bitch and all this stuff." Misty told Det. Lynn that Castillo III came out of his room completely naked and angry. He was talking to himself, hitting himself, and then starting hitting and kicking Misty and her husband and "started cussing at us, calling us 'nigger' and 'bitch' and a bunch of bad words." Det. Lynn will testify that Misty said Castillo III was drinking a beer called "Steel Reserve" in large cans, and that she attempted to take a can of beer from him, which angered him even more. She then told Det. Lynn that Castillo III went into the kitchen and retrieved a butcher knife, at which point he brandishing the knife at her and she was "scared." Det. Lynn will testify that Misty indicated Castillo III brandished the knife while he was within two-feet of her. Det. Lynn will testify that she asked Misty "Did you feel like he, do you feel like he could have really hurt you?" and Misty said "Yeah I do. Even, I couldn't feel, I feel like he really could have hurt himself or us." Misty told Det. Lynn that Castillo III said: "he [Castillo III] wasn't gonna be leaving his house and if anybody tried to take him

from his house, he was gonna stab 'em." Misty said that she told Castillo III that she was going to call the police and that Castillo III tried to prevent her from leaving the house but she escaped. Misty told Det. Lynn that she ran across the street and pounded on the neighbor's door but no one answer, so she returned to her house and retrieved her cell phone. She told Det. Lynn that at that point Castillo III had put on his shorts. Misty explained to Det. Lynn that Castillo III was hitting her but she managed to escape the house again with her cell phone and called 911. Misty told Det. Lynn that Castillo III followed her out, with the knife, and forcibly took the phone out of her hand and in the process, caused her to fall against a parked car in the driveway. Misty said that Castillo III briefly dragged her on the pavement, causing scrapes to her knees, which Det. Lynn will testify observing and photographing. Det. Lynn will testify that Misty said Officer Bush then arrived and said "I'm here to help you," to which Misty replied "You need to go in there. He's with my husband. He has a, a, he has a knife." Misty told Det. Lynn that she heard Officer Bush yell "put the knife down" multiple times and heard Castillo III respond "I'm not going anywhere" or words to that effect. Misty told Det. Lynn that "he wouldn't put the knife down and so then, [Officer Bush] had to shoot him." Det. Lynn will testify that Misty explained that she could not see into the house at the time of the shooting and, in fact, could "barely" even see the front door. Det. Lynn asked Misty: "Do you think he could have killed your husband?" and Misty

3 − DEFENDANTS' LAY WITNESS LIST
ADC:mom/W:\CLIENTS\BU20705\001\01200382.DOCX

answered "I think he could have killed my husband, yeah." Det. Lynn then asked Misty: Do you think he could have killed you?" and Misty answered "I think he could have killed me. I think he could have killed himself. I didn't, I was scared of him. I've been scared of him for a long time, actually."

2. Steve Hinkle (20 minutes)

   a. Steve Hinkle is a detective with the Oregon State Police. Det. Hinkle was the primary interviewer of Arcadio Castillo Junior in the early morning hours of July 10, 2021. Det. Hinkle will testify that Mr. Castillo Jr. told him he was in the house when his son, Castillo III was shot. Det. Hinkle will testify that Mr. Castillo Jr. had very little memory of the shooting or the confrontation(s) leading up to it. Det. Hinkle will testify that Mr. Castillo Jr. did not even know if Castillo III was holding the knife when he was shot. Det. Hinkle will testify that Mr. Castillo Jr. did not observe where Castillo III was or what he was doing at the time of the shooting because he was focused on Officer Bush, who he heard say "drop the knife."

3. Nathan Bush (60 minutes)

   a. Nathan Bush is the defendant in this case and is a police officer with the Salem Police Department. Officer Bush will testify consistent with his deposition testimony.

////

////

4 – DEFENDANTS' LAY WITNESS LIST
ADC:mom/W:\CLIENTS\BU20705\001\01200382.DOCX

4. Misty Castillo (65 minutes)

    a. Misty Castillo is the plaintiff in this case and was Arcadio Castillo III's mother. Ms. Castillo will testify consistent with her prior testimony before the Marion County grand jury and her deposition in this case.

5. Clifford Nelson, M.D. (10 minutes)

    a. By deposition designation only.

Dated this 13th day of January, 2025.

HELTZEL WILLIAMS PC


s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048
Salem, OR 97308
Phone No. (503) 585-4422
Fax No. (503) 540-6534
Email: andrew@heltzel.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DEFENDANTS' LAY WITNESS LIST** on:

James M. Healy
Ronnie Lynn Sayer
The Gatti Law Firm
235 Front Street SE, Suite 200
Salem, OR 97301
Email: jhealy@gattilaw.com
     rsayer@gattilaw.com
Attorney for Plaintiff

Daniel B. Atchison
City of Salem, Legal Dept
555 Liberty Street SE
Salem, OR 97301
Email: datchison@cityofsalem.net
Attorney for Defendants

☐ By mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Salem, Oregon.

☐ By hand delivering to said attorney(s) a true copy thereof.

☑ By emailing to said attorney(s) at their above listed email address(es) a true copy thereof.

☑ By electronic filing with the District Court's CM/ECF system.  The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 13th day of January, 2025.

HELTZEL WILLIAMS PC


s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
Email: Andrew@heltzel.com

6 – DEFENDANTS' LAY WITNESS LIST
ADC:mom/W:\CLIENTS\BU20705\001\01200382.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ◼ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ◼FACSIMILE (503) 370-4302**