**Ron L. Sayer, OSB No. 951910**
rsayer@gattilaw.com
**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-371-2482

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MISTY L. CASTILLO**, as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**, <br><br> Plaintiff, <br><br> v. <br><br> **NATHAN BUSH** and **CITY OF SALEM**, A municipal corporation <br><br> Defendants. | Case No. 6:22-cv-00684-MTK <br><br> **PLAINTIFF'S DEPOSITION DESIGNATIONS** |

Subject to the Court's ruling on the evidentiary issues, Plaintiff designates the following deposition testimony for use at trial as substantive evidence and for all other purposes permitted by Fed. R. Civ. P. 32(a)(3). Plaintiff reserves the right to designate additional deposition testimony following review of Defendant's trial witness lists and witness statements and following the Court's rulings on motions *in limine* and other matters of evidence at the Pretrial Conference.

/ / /

/ / /

/ / /

Page 1 – PLAINTIFF'S DEPOSITION DESIGNATIONS

**Defendant Nathan Bush**
**Deposition transcript attached as Exhibit A**

Page 10; Lines 5-25

Page 11; Lines 1-9

Page 11; Lines 14-17

Page 11; Lines 23-25

Page 12; Lines 1-12

Page 16; Lines 19-23

Page 38; Lines 3-14

Page 39; Lines 3-15

Page 41; Lines 4-25

Page 44; Lines 20-24

Page 45; Lines 1-8

Page 45; Lines 16-22

Page 51; Lines 7-10

Page 52; Lines 2-25

Page 53; Lines 1-7

Page 55; Lines 3-25

Page 56; Lines 10-15

Page 58; Lines 22-25

Page 59; Line 1

Page 62; Lines 18-23

Page 65; Lines 6-25

Page 66; Lines 1-25

Page 67; Lines 1-25

Page 68; Lines 1-25

Page 69; Lines 1-24

Page 70; Lines 10-25

Page 71; Lines 1-18

Page 72; Lines 11-13

Page 74; Lines 8-23

Page 76; Lines 3-10

Page 77; Lines 10-13

Page 77; Lines 20-25

Page 78; Lines 1-8

Page 79; Lines 17-22

Page 81; Lines 6-25

Page 82; Lines 1-19

Page 85; Lines 19-25

Page 86; Lines 1-25

Page 87; Lines 1-25

Page 88; Lines 1-14

Page 89; Lines 1-25

Page 90; Lines 1-25

Page 91; Lines 1-6

Page 91; Lines 21-25

Page 92; Lines 1-8

Page 92; 11-25

Page 93; Lines 1-7

Page 93; Lines 11-12

Page 93; Lines 20-23

Page 94; Lines 1-25

Page 95; Lines 1-17

Page 97; Lines 12-25

Page 98; Lines 1-4

Page 98; Lines 12-25

Page 99; Lines 1-25

Page 100; Lines 1-3

Page 103; Lines 20-23

Page 104; Lines 19-25

Page 105; Line 1

Page 105; Lines 9-23

Page 106; Lines 3-25

Page 107; Lines 1-25

Page 108; Lines 10-25

Page 109; Lines 1-14

Page 112; Lines 19-25

Page 113; Lines 1-10

/ / /

/ / /

/ / /

Page 4 – PLAINTIFF'S DEPOSITION DESIGNATIONS

**Trevor Womack**
**Deposition Transcript attached as Exhibit B**

Page 25; Lines 20-25

Page 26; Lines 1-25

Page 27; Lines 1-25

Page 28; Lines 1-25

Page 29; Lines 1-11

Page 29; Line 25

Page 30; Lines 1-25

Page 31; Lines 1-15

Page 32; Lines 6-25

Page 33; Lines 1-13

Page 48; Lines 15-25


**Jeffrey Barratt**
**Deposition Transcript attached as Exhibit C**

Page 35; Lines 20-25

Page 36; Lines 1-25

Page 37; Lines 1-22

Page 39; Lines 15-25

Page 40; Lines 1-25

Page 41; Lines 1-13

Page 43: Lines 19-24

Page 44; Lines 17-24

Page 58; Lines 16-25

Page 5 – PLAINTIFF'S DEPOSITION DESIGNATIONS

Page 59; Lines 1-2

Page 60; Lines 6-25

Page 61; Lines 1-23

Page 64; Lines 15-25

Page 65; Lines 1-25

Page 66; Lines 1-22

Page 67; Lines 11-18

Page 69; Lines 6-25

Page 70; Lines 1-7

Page 71; Lines 8-18

Page 73; Lines 3-6

Page 85; Lines 24-25

Page 86; Lines 1-19

**Gary Keidatz**
**Deposition Transcript attached as Exhibit D**

Page 5; Line 25

Page 6; Lines 1-25

Page 7; Lines 1-2

Page 8; Lines 13-18

Page 9; Lines 23-25

Page 10; Lines 1-25

Page 11; Lines 1-25

Page 12; Lines 1-4

Page 6 – PLAINTIFF'S DEPOSITION DESIGNATIONS

Page 13; Lines 5-25

Page 14; Lines 1-25

Page 15; Lines 1-25


Dated this 13th day of January, 2025

/s/ James M. Healy
James M. Healy, OSB No. 123403
Of attorneys for Plaintiff

Page 7 – PLAINTIFF'S DEPOSITION DESIGNATIONS

CERTIFICATE OF SERVICE

I hereby certify that on the __13th__ day of January, 2025, I served a true and correct copy of the foregoing PLAINTIFF'S DEPOSITION DESIGNATIONS on the following:

> Andrew D. Campbell
> Heltzel Williams PC
> PO Box 1048
> Salem, OR 97308
> E-mail: andrew@heltzel.com
>
> Daniel B. Atchison
> City of Salem Legal Department
> PO Box 14300
> Salem, OR 97309
> E-mail: datchison@cityofsalem.com

I further certify that said copies were:

_____ Mailed in a sealed envelope, via US Postal Service

__XX__ Transmitted via e-mail

__XX__ Transmitted via electronic means (CM/ECF)

_____ Hand Delivered

Dated this __13th__ day of January, 2025.

> _s/ James M. Healy_____
> Ron L. Sayer, OSB #951910
> James M. Healy, OSB #123403
> Of Attorneys for Plaintiff
> E-mail: jhealy@gattilaw.com

Page 8 – PLAINTIFF'S DEPOSITION DESIGNATIONS