Gary Keidatz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


MISTY L. CASTILLO, as Personal)

Representative of the ESTATE  )

OF ARCADIO CASTILLO, III,     )

       Plaintiff,          )

   v.                          ) No. 6:22-CV-00684-MK

NATHAN BUSH and CITY OF SALEM,)

a municipal corporation,      )

       Defendants.         )


PERPETUATION DEPOSITION OF GARY KEIDATZ

December 27, 2023

Wednesday

9:57 A.M.


THE VIDEO-RECORDED DEPOSITION OF GARY

KEIDATZ was taken at the Gatti Law Firm, 235 Front

Street SE, Suite 200, in Salem, Oregon, before

Christine Oljace, CSR, RPR, CRC, Certified Shorthand

Reporter in and for the State of Oregon.

Gary Keldatz

2

APPEARANCES

For the Plaintiff:

ELLIOTT & PARK PC

324 SW Abernethy Street

Portland, Oregon 97239

503/227-1690

BY:  MR. DAVID D. PARK

dave@elliott-park.com

-- and --

THE GATTI LAW FIRM

235 Front Street SE, Suite 200

Salem, Oregon 97302

503/363-3443

BY:  MR. JAMES M. HEALY

jhealy@gattilaw.com


For the Defendant:

CITY OF SALEM

555 Liberty Street SE, Suite 205

Salem, Oregon 97301

503/588-6003

BY:  MR. SEBASTIAN TAPIA

stapia@cityofsalem.net



(Continued)

Gary Keidatz

3

(Continued)


                    APPEARANCES


Also Present:

    MARICELA HIGHSMITH


Video-recorded by:  DAVID McGINNIS

Reported by:  CHRISTINE OLJACE, CSR, RPR, CRC

Gary Keidatz

4

INDEX

WITNESS...................................................PAGE

GARY KEIDATZ

    DIRECT EXAMINATION BY MR. PARK                    5

    CROSS-EXAMINATION BY MR. TAPIA                   16


EXHIBITS..................................................PAGE

Exhibit 1    Photograph                              7

Exhibit 2    Photograph                             12

Exhibit 3    Photograph                             12

Exhibit 4    Audio recording                        12

Gary Keidatz

5

THE VIDEOGRAPHER:  Good morning, today's date is December 27th, 2023.  The time is 9:57 a.m.  Our location is 235 Front Street SE, Salem, Oregon 97302.

This is the time and place set for the video deposition of Gary Keidatz in the matter concerning Misty Castillo versus Nathan Bush and the City of Salem, Case Number 6:22-CV-00684-MK, in the United States District Court for the District of Oregon.

I will ask if the court reporter would please swear in the witness.

GARY KEIDATZ, having been first duly sworn to testify the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

DIRECT EXAMINATION

Q.    Mr. Keidatz, my name is David Park.  I

represent Misty Castillo, the mother of Arcadio Castillo, III, who was shot and killed on July 9th of 2021.

We are here to take your perpetuation deposition, which means that if for some reason you are unable to attend the trial -- and we don't have a trial date yet -- we can play your deposition at trial as if you were a live witness.

A.    Okay.

Q.    And Mr. Tapia and I have both stipulated to that so that what you have to say here will be admissible at trial just as if you were testifying in person.

A.    Okay.

Q.    Okay.  Let's begin by having you tell us your complete name, spell your last, and then give us your date of birth.

A.    Gary L. Keidatz.  K-e-i-d-a-t-z. February 2nd, 1945.

Q.    And, Mr. Keidatz, do you reside at 3797 June Avenue NE in Salem?

A.    Yes.

Q.    How long have you resided at that address?

A.    Since '53, 1953.

Q.    Okay.  And directly across the street from

Gary Kefdatz

you is the address of 3796 NE June Avenue?

A.   Yes.  Yes.



Gary Kefdatz

On July 9 of 2021, were you awakened by some -- some activity on your street?

A.    Uh-huh.

Q.    You need to answer with a "yes" rather than nods of the head.

A.    Yes.  Yes.

Gary Keidatz

Q.    Okay.  Did a police officer come to your home that evening?

A.    That would have been a lot later.

Q.    A couple hours later?

A.    Probably, yeah.

Q.    All right.  Did you invite a police officer into your home that evening?

A.    I don't really remember for sure, but I think there was an officer in the house.

Q.    And did he come in and talk to you and your wife?

A.    Yeah.  She was up because when the shots -- I made her get on the ground when the shots --

Q.    And do you recall giving a recorded statement?  You know, the police officer talking to you with his tape recorder on that evening?

A.    Not really.

Q.    Okay.  I am going to play for you an audio recording, and I want you to tell me whether or not you recognize the voices on this audio recording as yourself and your wife.  Okay?

A.    Okay.

         (Audio played.)

            THE WITNESS:  Turn it up, if you can.

BY MR. PARK:

Q.    Yeah.  I'm going to try.

A.    That's my wife.

Gary Keidatz

Q.    So we've heard the beginning of the audio recording.  Is that your voice --

A.    Yes.

Q.    -- on the recording?

And does that refresh your recollection that you gave a recorded conversation --

A.    Not really.

Q.    -- or statement --

A.    Not really.  Not really.  I don't --

Q.    -- to the police officer?

Okay.  It does not refresh your recollection.

A.    No.

Q.    When you were being asked questions by the officer, were you truthful with the officer about what you saw?

A.    Oh, I tried to be, yeah.  Why would I lie to him?

Q.    Right.  And would you agree with me that if that conversation occurred on the morning of July 10th a few hours after the shooting, that the events would have been fresh in your mind at the time?

A.    Pretty much, yeah.

Q.    And that would have been your best recollection about what you observed to have

Gary Keidatz

occurred?

    A.    Yes.

    Q.    You would agree with that?

    A.    Yeah.



Gary Keidatz

13

[redacted]

Q.    Now I am going to play a portion of the statement that -- the conversation that you had with the detective for you to listen to, and then I am going to have a question or two about that conversation that you had for you.

MR. PARK:  And, Sebastian, this is -- I am going to start the recording at 4 minutes 45 seconds into the recording so you can find it.  It's the same no matter what player you use.  We are starting at 04:45, and we are going to stop at approximately 06:20, so about a minute and a half you are going to listen to here.

(Audio played.)

BY MR. PARK:

Q.    Mr. Keidatz, I played the portion of the statement where you describe what you saw.  Does any of that refresh your present recollection?

A.    Not really.  I mean --

Q.    Okay.  So in terms of your best memory of what occurred, it would be on this audio tape. Correct?

A.    Not necessarily.  I don't -- I mean, it was a crazy time.  I mean --

Q.    Our best opportunity to know what you observed is the statement that the officer took from you --

A.    If that's what you want to --

Q.    -- that night?

A.    If that's what you want to go with.

Q.    Okay.

A.    I mean, I -- really I don't even hardly remember it now.  It's --

Q.    Right.

A.    I mean, it's --

Q.    So on the audio tape you make a statement that the door was opened this far.  Do you have a -- do you have any memory of how far the door was --

A.    No.

Q.    -- opened?

A.    No.

Q.    The officer wrote a report about his interview with you.

A.    Okay.

Q.    And in that report, he wrote (as read):

    Mr. Keidatz said as the door opened, which

    he demonstrated with his hands to open about

15

2 feet wide, the shots rang out.

A.    I don't know exactly what the time frame was in between the door opening and the -- I mean, I don't know that it was a snap thing like that or --

Q.    What I'm asking you about is do you have any reason to dispute the accuracy of what Detective Avetisyan with the Kaiser Police Department wrote in his report?

A.    What did he write?  I don't know what he --

Q.    What he wrote was you demonstrated with your hands that the door opened about 2 feet wide. Do you have any reason to dispute that you did that?

A.    I don't -- I don't remember that at all truthfully.

Q.    Right.  So you have no reason to dispute that you did that?

A.    No.  Or not to dispute it or dispute it.

Q.    Do you have any memory of being able to see Christmas tree lights inside the home across the street when the front door opened?

A.    No, I don't -- I wouldn't remember that at all.

Q.    Okay.  Thank you, Mr. Keidatz.  That's all that I have.