Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
        Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MISTY CASTILLO,** as Personal Representative of the **ESTATE OF ARCADIO CASTILLO, III**,<br><br>     Plaintiff,<br><br>  v.<br><br>**NATHAN BUSH** and **CITY OF SALEM**, a municipal corporation,<br><br>     Defendants. | Case No. 6:22-cv-00684-MTK<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS** |

Defendants respectfully offer the following responses to Plaintiff's Objections to

Plaintiffs' Exhibits (ECF# 161).

1. <u>Exhibit 201: 911 Call</u>

This issue is fully briefed in Defendants' Response to Plaintiff's *Motions in*

*Limine* (ECF# 177) in response to a specific motion to exclude this evidence. In an effort

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ▪ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ▪FACSIMILE (503) 370-4302**

to reduce already voluminous filings, Defendants respectfully incorporate their response to Plaintiff's motion *in limine* on this topic herein.

2. <u>Exhibits 208 and 209 (photos of Misty Castillo's injuries)</u>

This is issue is fully briefed in Defendants' Response to Plaintiff's *Motions in Limine* (ECF# 177) in response to a specific motion to exclude this evidence. In an effort to reduce already voluminous filings, Defendants respectfully incorporate their response to Plaintiff's motion *in limine* on this topic herein.

3. <u>Exhibits 210, 211 and 212 (animations)</u>

Officer Bush will testify that, as an eye witness to the shooting, the animations are fair and accurate representations of what he saw that night. He will be subject to cross examination by Plaintiff.[1] A witness who is subject to cross examination and who testifies that a recreation animation is a fair and accurate representation lays the proper foundation for its receipt into evidence. *See, Byrd v. Guess,* 137 F.3d 1126, 1134-35 (9th Cir. 1998) (animation recreation of officer involved shooting is admissible because officer testified that it was fair and accurate depiction, but court required obscuring of facial expressions) *superseded by statute on other grounds, Ochoa v. City of Mesa,* 26 F.4th 1050 (9th Cir. 2022).[2]

Once the proper foundation is laid by testimony that the animation is fair and accurate, the inquiry is whether the animation is relevant; the exhibits subject to this

---

[1] This can be established by a quick offer or proof outside the presence of the jury or during Officer Bush's direct examination.

[2] *Ochoa* superseded *Byrd's* analysis of a due process claim, not the treatment of the animated recreation.

2 – DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS
ADC:mom/W:\CLIENTS\BU20705\001\01207242.DOCX

objection are clearly relevant because they depict the shooting itself. Evidence Rule 401 provides: "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Evidence Rule 402 provides that relevant evidence is admissible unless another rule or federal law provides otherwise. *See Crawford v. City of Bakersfield,* 944 F.3d 1070, 1077 (9th Cir. 2019) (Rule 401's "basic standard of relevance ... is a liberal one."); *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 587, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993); *see also United States v. Whitehead*, 200 F.3d 634, 640 (9th Cir. 2000) (citing Rule 401 for the proposition that relevance is a "minimal requirement"); *United States v. Curtis*, 568 F.2d 643, 645 (9th Cir. 1978) ("Rule 401 ... contains a very expansive definition of relevant evidence.")

With the foundation laid and the animation established as relevant, the remaining question is whether its probative value is outweighed by a risk of unfair prejudice. Evidence Rule 403. For example, in *Byrd v. Guess* the animated recreation of the officer involved shooting was relevant and admissible but the trial court ordered that facial expressions be blurred to avoid unfair prejudice; as noted above, that ruling was upheld by the Ninth Circuit. 137 F.3d at 1134-35. Returning to this case, there is no risk of unfair prejudice associated with the facial expressions and Plaintiff does not argue otherwise. Hence, the three animated recreation exhibits are relevant and the risk of unfair prejudice does not outweigh their probative value. In short, they are admissible.

Plaintiff also complains that the animations were not disclosed under the expert disclosure rules, but at the same time, she concedes that they were disclosed as part as

3 – DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS
ADC:mom/W:\CLIENTS\BU20705\001\01207242.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■ FACSIMILE (503) 370-4302**

Defendants' expert disclosures pursuant to the Trial Management Order. S*ee, Plaintiff's Motions in Limine,* at 15. And, the three animations are identified in Brian Kennedy's expert report (at page 14), and also in Rod Englert's expert report (at page 61).[3] As noted, the animations themselves were produced along with the expert reports pursuant to this Court's Trial Management Order.

At multiple on-the-record pretrial conferences Plaintiff has told the Court that she does not wish to depose Defendants' experts, which is her right, but she cannot decline to conduct expert depositions and then cry fowl that she "cannot tell from Defendants' expert disclosures which, if any, of Defendants' experts will use the animations to summarize or support the experts' opinions…" *Plaintiff's Objections to Defendants' Exhibits* (ECF#161), at 13. Determining how each expert will use different data and how that figured into their ultimate conclusions is why expert depositions are taken. Plaintiff's strategic decision about discovery does not alter the evidence code.

With testimony that the three animations are fair and accurate representations of what happened, subject to cross examination, they are relevant and admissible.

Dated this 27th  day of January, 2025.

HELTZEL WILLIAMS PC

s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048, Salem, OR 97308

---

[3] In fact, Rod Englert's report, including its mention of the three animations, was filed with summary judgment documents, many months ago.

4 – DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS
ADC:mom/W:\CLIENTS\BU20705\001\01207242.DOCX

Phone No. (503) 585-4422

Email: andrew@heltzel.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the attached **DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS** on:

| | |
|---|---|
| James M. Healy | Daniel B. Atchison |
| Ronnie Lynn Sayer | City of Salem, Legal Dept |
| The Gatti Law Firm | 555 Liberty Street SE |
| 235 Front Street SE, Suite 200 | Salem, OR 97301 |
| Salem, OR 97301 | Email: datchison@cityofsalem.net |
| Email: jhealy@gattilaw.com | Attorney for Defendants |
| rsayer@gattilaw.com | |
| Attorney for Plaintiff | |

☐ By mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Salem, Oregon.

☐ By hand delivering to said attorney(s) a true copy thereof.

☑ By emailing to said attorney(s) at their above listed email address(es) a true copy thereof.

☑ By electronic filing with the District Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 27th day of January, 2025.

HELTZEL WILLIAMS PC

s/ Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendants
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
Email: Andrew@heltzel.com

5 – DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS
ADC:mom/W:\CLIENTS\BU20705\001\01207242.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ▪ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ▪FACSIMILE (503) 370-4302**